# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**Rover Pipeline LLC**
1300 Main Street
Houston, TX 77002

     Plaintiff,

v.

**10.055 ACRES OF LAND, MORE OR LESS
IN ASHLAND COUNTY, OHIO
OH-AS-005.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Wayne Ralph Bartter, Trustee
of the Wayne Ralph Bartter Trust
dated April 28, 2008
1784 Bell Road
Wooster, OH 44691

Wayne Ralph Bartter
1784 Bell Road
Wooster, Oh 44691

Holmes-Wayne Electric Cooperative, Inc.
c/o CC&J Agents, Inc.
138 East Jackson Street
Millersburg, OH 44654

Ohio Edison Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**6.295 ACRES OF LAND, MORE OR LESS
IN ASHLAND COUNTY, OHIO
OH-AS-009.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
William L. Jones and Dixie A. Jones
17104 Old Lincoln Way
Dalton, Ohio 44618

Holmes-Wayne Electric Cooperative, Inc.
c/o CC&J Agents, Inc.

Case No. 5:17-CV-00239

Judge:

**VERIFIED COMPLAINT
FOR CONDEMNATION**

138 East Jackson St.
Millersburg, OH 44654

**4.95 ACRES OF LAND, MORE OR LESS**
**IN ASHLAND COUNTY, OHIO**
**OH-AS-011.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Robert E Farquhar and Cynthia  A. Farquhar
1674 CO RD 175
Jeromesville, OH 44840

Daniel E. Sheaffer
1755 Co. Rd. 175
Jeromesville, OH 44840

Mandy Lynn Paramore
1755 Co. Rd. 175
Jeromesville, OH 44840

James C. Sheaffer
1756 Co. Rd. 175
Jeromesville, OH 44840

Stella Sheaffer
1756 Co. Rd. 175
Jeromesville, OH 44840

Columbia Gas Transmission, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Farm Credit Services of America, FLCA
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Kenoil Producing, LLC
c/o CC&J Agents, Inc.
225 N. Market Street
Wooster, OH 44891

Rimco Operating, Inc.
c/o Earl R. Frost, Jr.
140 E. Town Street
Columbus, OH 43215

**0.109 ACRES OF LAND, MORE OR LESS**

**IN ASHLAND COUNTY, OHIO**
**OH-AS-013.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Michael J. Sloan and Donna M. Sloan, Trustees
of the Sloan Revocable Living Trust
dated September 30, 2007
207 CO RD 30-A
Jeromesville, OH 44840

Michael J. Sloan, Individually
207 CO RD 30-A
Jeromesville, OH 44840

Donna M. Sloan, Individually
207 CO RD 30-A
Jeromesville, OH 44840

Columbia Gas Transmission, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

The Ohio Bell Telephone Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Holmes-Wayne Electric Co-Operative, Inc.
c/o CC&J Agents, Inc.
138 E. Jackson Street
Millersburg, OH 44654

Ohio Edison Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Bethel Resources, Inc.
6100 Channingway-Way Blvd.
Columbus, OH 43227

The Farmers Savings Bank
c/o Thomas W. Lee
111 W. Main Street
PO Box 38
Spencer, OH 44275

The Park National Bank

3

50 N. Third Street
Newark, OH 43055

M & R Investments Ohio, LLC
c/o National Registered Agents, Inc.
1300 E. 9th Street
Cleveland, OH 44114

Herbert L. Gray
Route #2
Jeromesville, OH 44840

AB Resources OH, LLC
c/o Gordon O. Yonel
3239 Darian Lane
Twinsburg, OH 44087

Diversified Resources, Inc.
c/o National Registered Agents, Inc.
1300 E. 9th Street
Cleveland, OH 44114

Cliff Falk
243 County Rd. 30A
Jeromesville, OH 44840

Geraldine Falk
243 County Rd. 30A
Jeromesville, OH 44840

**10.997 ACRES OF LAND, MORE OR LESS**
**IN ASHLAND COUNTY, OHIO**
**OH-AS-014.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Max D. Fulk and Karla S. Fulk, Trustees
of the Max and Karla Fulk Revocable Living Trust
dated January 29, 2010
252 CO RD 30-A
Jeromesville OH 44840

M & R Investments Ohio, LLC
c/o National Registered Agents, Inc.
1300 E. 9th Street
Cleveland, OH 44114

The Ohio Bell Telephone Company
c/o CT Corporation System
1300 E. 9th Street

Cleveland, OH 44114

Holmes-Wayne Electric Co-Operative, Inc.
c/o CC&J Agents, Inc.
138 E. Jackson Street
Millersburg, OH 44654

Ohio Edison Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Columbia Gas Transmission, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Herbert L. Gray
Route #2
Jeromesville, OH 44840

AB Resources OH, LLC
c/o Gordon O. Yonel
3239 Darian Lane
Twinsburg, OH 44087

**7.73 ACRES OF LAND, MORE OR LESS**
**IN ASHLAND COUNTY, OHIO**
**OH-AS-015.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Bryan Bodager, Duane Bodager and Ronnie Bodager, Co-Trustees
of the  Dale E. Bodager and Clara L. Bodager Revocable Trust Agreements
dated February 7, 1997
267 CO RD 30-A
Jeromesville OH  44840

Aspire Energy of Ohio, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

M & R Investments Ohio, LLC
c/o National Registered Agents, Inc.
1300 E. 9th Street
Cleveland, OH 44114

The Ohio Bell Telephone Company
c/o CT Corporation System

5

1300 E. 9th Street
Cleveland, OH 44114

Holmes-Wayne Electric Co-Operative, Inc.
c/o CC&J Agents, Inc.
138 E. Jackson Street
Millersburg, OH 44654

Ohio Edison Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Firelands Electric Cooperative, Inc.
c/o April L. Bordas
One Energy Place
New London, OH 44851

Columbia Gas of Ohio, Inc.
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Columbia Gas Transmission, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Chesapeake Appalachia, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Carter M. Hanna
515 W. Wayne Avenue
Wooster, OH 44691

**6.795 ACRES OF LAND, MORE OR LESS**
**IN ASHLAND COUNTY, OHIO**
**OH-AS-022.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Mary Elizabeth Wise
1734 State Route 89 RD 1
Jeromesville, Ohio 44840

Stanley W. Wise
1734 State Route 89 RD 1
Jeromesville, Ohio 44840

Linda M. Kyser
1734 State Route 89 RD 1
Jeromesville, Ohio 44840

Ohio Edison Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Verizon North, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Columbia Gas Transmission, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

NiSource Corporate Services Company
aka NiSource Energy Ventures, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

**7.858 ACRES OF LAND, MORE OR LESS
IN ASHLAND COUNTY, OHIO
OH-AS-026.505
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Greg McNaull Real Estate, LLC
c/o Gregory J. McNaull
679 County Road 1775
Ashland, OH 44805

McNaull Real Estate, LLC
c/o James E. McNaull
1577 County Road 1575
Ashland, OH 44805

Columbia Gas Transmission, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

NiSource Corporate Services Company
aka NiSource Energy Ventures, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330

Columbus, OH 43215

Ohio Edison Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Firelands Electric Cooperative, Inc.
c/o April L. Bordas
One Energy Place
New London, OH 44851

Verizon North, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Farm Credit Service of America, FLCA aka Farm Credit Mid-America, FLCA
c/o CT Corporation System
1300 East 9th Street
Cleveland, OH 44114

**3.496 ACRES OF LAND, MORE OR LESS**
**IN ASHLAND COUNTY, OHIO**
**OH-AS-026.508**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
McNaull Real Estate, LLC
c/o James E. McNaull
1577 County Road 1575
Ashland, OH 44805

Columbia Gas Transmission, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

NiSource Corporate Services Company
aka NiSource Energy Ventures, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Ohio Edison Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Firelands Electric Cooperative, Inc.

c/o April L. Bordas
One Energy Place
New London, OH 44851

Verizon North, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**2.77 ACRES OF LAND, MORE OR LESS**
**IN ASHLAND COUNTY, OHIO**
**OH-AS-026.547**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Jerry D. Cline and Linda K. Cline
1739 State Route 511
Ashland, Ohio 44805

Columbia Gas Transmission, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

NiSource Corporate Services Company
aka NiSource Energy Ventures, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Firelands Electric Cooperative, Inc.
c/o April L. Bordas
One Energy Place
New London, OH 44851

Steven R. and Kelly J. Smith
920 County Road 1754
Ashland, OH 44805

Park National Bank
50 N. Third Street
Newark, OH 43055

The Standard Oil Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Sohio Gas Pipeline Company
200 Public Square

Cleveland, OH 44114

Verizon North, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Firstmerit Mortgage Corporation
c/o Statutory Agent Corporation
ATTENTION: Library
52 E. Gay Street
Columbus, OH 43215

**9.0408 ACRES OF LAND, MORE OR LESS**
**IN ASHLAND COUNTY, OHIO**
**OH-AS-039.100**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Denny J. Smith, Trustee of the Denny J. Smith Revocable Trust Dated 03-18-09
937 County Road 1600
Jeromesville, OH 44840

Columbia Gas Transmission, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Ohio Edison Company
c/o CT Corporation System
1300 E. 9th St.
Cleveland, OH 44114

Verizon North, Inc.
c/o CT Corporation System
1300 E. 9th St.
Cleveland, OH 44114

Jill Galbraith, Successor Trustee of the Stull Family Trust dated April 2, 2010
Address unknown

Sutton Bank
c/o Juris Service Company
106 E. Market Street
Tiffin, OH 44883

Columbia Pipeline Group, Inc.
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

**4.15 ACRES OF LAND, MORE OR LESS**
**IN ASHLAND COUNTY, OHIO**
**OH-AS-041.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Earl F. Arnholt and Cynthia H. Arnholt
763 West River Road
Valley City, OH 44280

Columbia Gas Transmission LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Firelands Electric Cooperative, Inc.
c/o April L. Bordas
One Energy Place
New London, OH 44851

NiSource Corporate Services Company
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Farmers and Savings Bank, Division of the Park National Bank
c/o the Park National Bank
50 N. Third St.
Newark, OH 43055

**5.808 ACRES OF LAND, MORE OR LESS**
**IN ASHLAND COUNTY, OHIO**
**OH-AS-043.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Wayne Bright
1221 Township Road 1706
Ashland, Ohio 44805-9451

Columbia Gas Transmission LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Ohio Edison Company
c/o CT Corporation System
1300 E. 9th St.
Cleveland, OH 44114

Firelands Electric Cooperative, Inc.
c/o April L. Bordas

One Energy Place
New London, OH 44851

Verizon North, Inc.
c/o CT Corporation System
1300 E. 9th St.
Cleveland, OH 44114

NiSource Corporate Services Company
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Bucyrus Community Hospital
269 Portland Way South
Galion, OH 44833

Portfolio Recovery Associates, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

**0.01 ACRES OF LAND, MORE OR LESS**
**IN ASHLAND COUNTY, OHIO**
**OH-AS-043.000-TAR**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Wayne Bright
1221 Township Road 1706
Ashland, Ohio 44805-9451

Columbia Gas Transmission LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Ohio Edison Company
c/o CT Corporation System
1300 E. 9th St.
Cleveland, OH 44114

Firelands Electric Cooperative, Inc.
c/o April L. Bordas
One Energy Place
New London, OH 44851

Verizon North, Inc.
c/o CT Corporation System
1300 E. 9th St.

12

Cleveland, OH 44114

NiSource Corporate Services Company
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Bucyrus Community Hospital
269 Portland Way South
Galion, OH 44833

Portfolio Recovery Associates, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

**2.986 ACRES OF LAND, MORE OR LESS
IN ASHLAND COUNTY, OHIO
OH-AS-045.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Kamenik Real Estate, LLC
1626 Twp. Rd. 1455
Ashland, Ohio 44805

Columbia Gas Transmission LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Ohio Edison Company
c/o CT Corporation System
1300 E. 9th St.
Cleveland, OH 44114

Firelands Electric Cooperative, Inc.
c/o April L. Bordas
One Energy Place
New London, OH 44851

Verizon North, Inc.
c/o CT Corporation System
1300 E. 9th St.
Cleveland, OH 44114

NiSource Corporate Services Company
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

AT&T Wireless PCS Inc.
c/o CT Corporation System
1300 E. 9th St.
Cleveland, OH 44114

American Towers, Inc.
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

The Anderson Group of Companies, Inc.
c/o CT Corporation System
1300 E. 9th St.
Cleveland, OH 44114

**16.01 ACRES OF LAND, MORE OR LESS**
**IN ASHLAND COUNTY, OHIO**
**OH-AS-046.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
L & K Rentals of Ashland, LLC
c/o Steve Abner
P.O. Box 305 One Valley Drive
Ashland, OH 44805

Columbia Gas Transmission LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Ohio Edison Company
c/o CT Corporation System
1300 E. 9th St.
Cleveland, OH 44114

Firelands Electric Cooperative, Inc.
c/o April L. Bordas
One Energy Place
New London, OH 44851

Jim Pittenger and Angie E. Pittenger
1222 Twp. Rd. 1706
Ashland, OH 44805

NiSource Corporate Services Company
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

**9.118 ACRES OF LAND, MORE OR LESS**
**IN ASHLAND COUNTY, OHIO**
**OH-AS-047.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Keith S. and Karen L. Dohner, Trustees
of the Dohner Family Irrevocable Trust
1287 Township Road 1656
Ashland, Ohio 44805

Columbia Gas Transmission LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Keith Dohner and Debra Dohner
(First American Re Tax)
Attn: Escrow Reporting
2500 Westfield Dr. Suite 102
Elgin, IL 60124

Keith Dohner and Debra Dohner
1283 Twp Rd. 1656
Ashland, OH 44805

Firelands Electric Cooperative, Inc.
c/o April L. Bordas
One Energy Place
New London, OH 44851

NiSource Corporate Services Company
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

**11.42 ACRES OF LAND, MORE OR LESS**
**IN ASHLAND COUNTY, OHIO**
**OH-AS-050.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
John C. Kamenik and Angela  M. Kamenik
1663 State Route 603
Mansfield, Ohio 44903

Columbia Gas Transmission LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

The Ohio Bell Telephone Company

c/o CT Corporation System
1300 E. 9th St.
Cleveland, OH 44114

Ohio Edison Company
c/o CT Corporation System
1300 E. 9th St.
Cleveland, OH 44114

Spelman Pipeline Holdings, LLC
c/o Marty Whelan
5640 Lancaster Newark Rd.
Pleasantville, OH 43148

Northeast Ohio Natural Gas Corp.
c/o Marty Whelan
5640 Lancaster Newark Rd.
Pleasantville, OH 43148

Verizon North, Inc.
c/o CT Corporation System
1300 E. 9th St.
Cleveland, OH 44114

Firelands Electric Cooperative, Inc.
c/o April L. Bordas
One Energy Place
New London, OH 44851

AG Credit, Agricultural Credit Association
c/o John Hunter
610 W. Lytle St
Fostoria, OH 44830

NiSource Corporate Services Company
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Teresa A. Young
1520 Twp Rd. 1173
Ashland, OH 44805

Searl Dean and Rebecca Sue Allen
1321 Twp Rd. 1656
Ashland, OH 44805

David E. and Anita L. Harpster

1317 Twp Rd. 1656 RD 4
Ashland, OH 44805

Lonnie D. Workman
1313 Twp Rd. 1656
Ashland, OH 44805

Lonnie D. Workman
First America Re Tax
Attn: Escrow Reporting
2500 Westfield Dr. Suite 102
Elgin, IL 60124

Melissa K. Heslep
1305 Twp Rd 1656
Ashland, OH 44805

Melissa K. Heslep
Wells Fargo Re Tax Serv
Mac T7416-026 FL 02
4101 Wiseman Blvd Bldg 203
San Antonio, TX 78251

**8.019 ACRES OF LAND, MORE OR LESS
IN ASHLAND COUNTY, OHIO
OH-AS-051.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
John C. Kamenik and Angela  M. Kamenik
1663 State Route 603
Mansfield, Ohio 44903

Columbia Gas Transmission LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

The Ohio Bell Telephone Company
c/o CT Corporation System
1300 E. 9th St.
Cleveland, OH 44114

Ohio Edison Company
c/o CT Corporation System
1300 E. 9th St.
Cleveland, OH 44114

Spelman Pipeline Holdings, LLC
c/o Marty Whelan

5640 Lancaster Newark Rd.
Pleasantville, OH 43148

Northeast Ohio Natural Gas Corp.
c/o Marty Whelan
5640 Lancaster Newark Rd.
Pleasantville, OH 43148

Verizon North, Inc.
c/o CT Corporation System
1300 E. 9th St.
Cleveland, OH 44114

Firelands Electric Cooperative, Inc.
c/o April L. Bordas
One Energy Place
New London, OH 44851

AG Credit, Agricultural Credit Association
c/o John Hunter
610 W. Lytle St
Fostoria, OH 44830

NiSource Corporate Services Company
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Teresa A. Young
1520 Twp Rd. 1173
Ashland, OH 44805

Searl Dean and Rebecca Sue Allen
1321 Twp Rd. 1656
Ashland, OH 44805

David E. and Anita L. Harpster
1317 Twp Rd. 1656 RD 4
Ashland, OH 44805

Lonnie D. Workman
1313 Twp Rd. 1656
Ashland, OH 44805

First America Re Tax
Attn: Escrow Reporting
2500 Westfield Dr. Suite 102
Elgin, IL 60124

Melissa K. Heslep
1305 Twp Rd 1656
Ashland, OH 44805

Wells Fargo Re Tax Serv
Mac T7416-026 FL 02
4101 Wiseman Blvd Bldg 203
San Antonio, TX 78251

Howard D. and Kendra G. Miller
947 Twp. Rd. 2466
Perrysville, OH 44864

Phillip R. and Shari A. Harlan
1685 St. Rt. 603
Mansfield, OH 44903

Paul J. Kaufman
358 First Avenue
Mansfield, OH 44902

AT&T Corp.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

NiSource Energy Ventures, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

**11.806 ACRES OF LAND, MORE OR LESS**
**IN ASHLAND COUNTY, OHIO**
**OH-AS-055.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Roger W. Spellman, Jr.
1659 Twp. Rd. 1455
Ashland, OH 44805

Ronald J. Spellman
1659 Twp. Rd. 1455
Ashland, OH 44805

Columbia Gas Transmission LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

The Ohio Bell Telephone Company
c/o CT Corporation System
1300 E. 9th St.
Cleveland, OH 44114

Ohio Edison Company
c/o CT Corporation System
1300 E. 9th St.
Cleveland, OH 44114

Spelman Pipeline Holdings, LLC
c/o Marty Whelan
5640 Lancaster Newark Rd.
Pleasantville, OH 43148

Northeast Ohio Natural Gas Corp.
c/o Marty Whelan
5640 Lancaster Newark Rd.
Pleasantville, OH 43148

Verizon North, Inc.
c/o CT Corporation System
1300 E. 9th St.
Cleveland, OH 44114

Firelands Electric Cooperative, Inc.
c/o April L. Bordas
One Energy Place
New London, OH 44851

AG Credit, Agricultural Credit Association
c/o John Hunter
610 W. Lytle St
Fostoria, OH 44830

NiSource Corporate Services Company
NiSource Energy Ventures LLC
c/o Corporation Service Company
50 W. Broad St. Suite 1330
Columbus, OH 43215

Roger W. and Karen Spellman
1659 Twp. Rd. 1455
Ashland, OH 44805

Gordon L. and Christina S. Hughes
1666 Twp Rd. 1455
Ashland, OH 44805

Lesa L. and Tracy D. Harper
1670 Twp. Rd. 1455
Ashland, OH 44805

**7.25 ACRES OF LAND, MORE OR LESS**
**IN ASHLAND COUNTY, OHIO**
**OH-AS-058.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
James R. Wolfe and Kathy A. Wolfe
1740 Circle Drive West
Ashland, Ohio 44805

Firelands Electric Cooperative, Inc.
c/o April L. Bordas
One Energy Place
New London, OH 44851

Columbia Gas Transmission, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Verizon North LLC
c/o CT Corporation System
1300 East Ninth Street
Cleveland, OH 44114

**3.1593 ACRES OF LAND, MORE OR LESS**
**IN CARROLL COUNTY, OHIO**
**OH-CA-001.500**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Patrick G. Weaver and Renee L. Weaver
538 34th Street South East
Canton, OH 44707

The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Enterprise Energy Corporation
c/o R. J. Schwartz
325 Jessing Trail
Columbus, OH 43235

Belden & Blake, LLC
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204

Cleveland, OH 44121

Petrox, Inc.
c/o Mark G. Depew
10005 Ellsworth Road
Streetsboro, OH 44241

Quaker State Oil Refining Corporation
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Sound Energy Company, Inc.
c/o Bruce Levengood
3632 ST 800
Dover, OH 44622

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake AEC Acquisition, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Enervest Energy Institutional Fund IX, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund IX-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

CGas Properties, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Leesville Land, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

**8.3438 ACRES OF LAND, MORE OR LESS**
**IN CARROLL COUNTY, OHIO**
**OH-CA-009.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
John M. Fiocca
303 Graham Road
Cuyahoga Falls, OH 44223

Cravat Coal Company
c/o Anthony M. Puskarich
P.O. Box 246 37900 Cadiz-Piedmont Road
Cadiz, OH 43907

The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Blue Racer Midstream, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Carroll Electric Cooperative
c/o Lawrence J. Fenbers
350 Canton Road NW
Carrollton, OH 44615

Marathon Pipe Line, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Quaker State Oil Refining
c/o Corporation Trust Company
Corporation Trust Center 1209 Orange Street
Wilmington, DE 19801

Belden & Blake, LLC
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

Chesapeake AEC Acquisition, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Dover-Atwood 1994 Limited Partnership
c/o Dover-Atwood Corp
237 W. 2nd Street
Dover, OH 44622

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

E.C.O Production, LLC
c/o CC&J Agents, Inc.
225 North Market Street
Wooster, OH 44691

Capital C. Energy Operations, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

Artex Energy Group, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

L & M Associates, Inc.
c/o National Registered Agents, Inc.
1300 East 9th Street

Cleveland, OH 44114

SOPUS Products
c/o Pennzoil-Quaker State Company
910 Louisiana
Houston, TX 77002

Sierra Buckeye, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Earl C. Sheehan, Trustee
229 3rd Street NW, Ste. 300
Canton, OH 447002

**0.3679 ACRES OF LAND, MORE OR LESS
IN CARROLL COUNTY, OHIO
OH-CA-016.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Carl D. Miller, III and Sherry L. Miller
8180 Cutler Road Southwest
Sherrodsville, OH 44675

The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th Street
Columbus, OH 44114

Dominion East Ohio
c/o The East Ohio Gas Company
1201 E. 55th Street
Cleveland, OH 44103

Quaker State Oil Refining
c/o Corporation Trust Company
Corporation Trust Center 1209 Orange Street
Wilmington, DE 19801

Range Resources-Appalachia, LLC
c/o Corporation Service Company
50 W. Broad Street, Suite 1330
Columbus, OH 43215

EnerVest Energy Institutional Fund IX-A, L.P.
c/o Capitol Corporate Services, Inc
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

EnerVest Energy Institutional Fund IX-WI, L.P.
c/o Capitol Corporate Services, Inc
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

CGAS Properties, L.P.
c/o Capitol Corporate Services, Inc
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

Enterprise Gas and Oil Incorporated
c/o REG Office
411 Thurston National Building
Tulsa, OK 74101

Carroll Electric Cooperative
c/o Lawrence J. Fenbers
350 Canton Road NW
Carrollton, OH 44615

First Federal Community Bank
321 N. Wooster Avenue
Dover, OH 44622

Belden & Blake, LLC
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Appalachia, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Dorothy Somers Clarke
Address unknown

George E. Frey

Address unknown

**4.35 ACRES OF LAND, MORE OR LESS**
**IN CARROLL COUNTY, OHIO**
**OH-CA-HL-004.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
John S. McClaren, Jr. and Sharon R. McClaren
200 Whitaker Street
Whitaker, PA 15120

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Carroll Electric Cooperative, Inc.
c/o Lawrence J. Fenbers
350 Canton Road NW
Carrollton, OH 44615

Cardinal Gas Services, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Ronnie Lee Shockley and Bonnie Sue Shockley
Route 1
Amsterdam, OH 43903

Michael A. Bostic and Cindy G. Bostic
7025 Quince Road
Amsterdam, OH 43903

Eric Petroleum Corporation
c/o Bruce E. Brocker
6075 Silica Road Suite A
Austintown, OH 44515

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake AEC Acquisition, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Appalachia, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Jamestown Resources, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Pelican Energy, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**8.44 ACRES OF LAND, MORE OR LESS**
**IN CARROLL COUNTY, OHIO**
**OH-CA-HL-013.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
John C Meyer and Sharon L. Meyer
8173  Germano Road SE
Amsterdam, Ohio 43903

Columbia Gas Transmission, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Cardinal Gas Services, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Eric Petroleum Corporation
c/o Bruce E. Brocker
6075 Silica Road Suite A
Austintown, OH 44515

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Appalachia, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Pelican Energy, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Jamestown Resources, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**9.03 ACRES OF LAND, MORE OR LESS**
**IN CARROLL COUNTY, OHIO**
**OH-CA-HL-015.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Brownlee Land Ventures, LP
4995 Jefferson Avenue
West Middleton, Pennsylvania 15379

Noble Marcellus, LP
309 W. 7th Street Suite 1300
Fort Worth, TX 76102

Cardinal Gas Services, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Consumers National Bank

P.O. Box 256
614 E. Lincoln Way
Minerva, OH 44657

Eric Petroleum Corporation
c/o Bruce E. Brocker
6075 Silica Road Suite A
Austintown, OH 44515

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Appalachia, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Pelican Energy, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Jamestown Resources, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**2.76 ACRES OF LAND, MORE OR LESS
IN CARROLL COUNTY, OHIO
OH-CA-HL-016.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Brownlee Land Ventures, LP
4995 Jefferson Avenue
West Middleton, Pennsylvania 15379

Noble Marcellus, LP

309 W. 7th Street Suite 1300
Fort Worth, TX 76102

Consumers National Bank
P.O. Box 256
614 E. Lincoln Way
Minerva, OH 44657

Eric Petroleum Corporation
c/o Bruce E. Brocker
6075 Silica Road Suite A
Austintown, OH 44515

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Appalachia, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Pelican Energy, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Jamestown Resources, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Unknown heirs of Dorothy Somers Clarke
Address unknown

Unknown heirs of George E. Frey
Address unknown

**3.53 ACRES OF LAND, MORE OR LESS
IN CARROLL COUNTY, OHIO
OH-CA-HL-017.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Christopher L. Beebe
PO Box 93
Bolivar, Ohio 44612

Andrea l. Michelson
P.O. Box 93
Bolivar, OH 44612

Noble Marcellus, LP
309 W. 7th Street Suite 1300
Fort Worth, TX 76102

Eric Petroleum Corporation
c/o Bruce E. Brocker
6075 Silica Road Suite A
Austintown, OH 44515

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Appalachia, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Pelican Energy, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Jamestown Resources, LLC
c/o CT Corporation System

1300 E. 9th Street
Cleveland, OH 44114

**4.19 ACRES OF LAND, MORE OR LESS**
**IN CARROLL COUNTY, OHIO**
**OH-CA-HL-018.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Larry W. Sommers and MIchelle M. Sommers
3006 State Street
Uniontown, Ohio 44685

Noble Marcellus, LP
309 W. 7th Street Suite 1300
Fort Worth, TX 76102

Cardinal Gas Services, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Eric Petroleum Corporation
c/o Bruce E. Brocker
6075 Silica Road Suite A
Austintown, OH 44515

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Appalachia, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Pelican Energy, LLC
c/o CT Corporation System
1300 E. 9th Street

Cleveland, OH 44114

Jamestown Resources, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**5.14 ACRES OF LAND, MORE OR LESS**
**IN CARROLL COUNTY, OHIO**
**OH-CA-HL-028.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Craig W. Strasser, Trustee
of the Carl W. Strasser Revocable Trust dated April 7, 1998
4519 Baker Street SE
East Canton, OH 44730

Consol Energy, Inc.
c/o Michael L. Snyder
600 Superior Avenue E. Suite 2100
Cleveland, OH 44114

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Jamestown Resources, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**6.96 ACRES OF LAND, MORE OR LESS**
**IN CARROLL COUNTY, OHIO**
**OH-CA-HL-029.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Burrier Farm, LLC
c/o Elizabeth I Burrier
9203 Saber Road

Scio, OH 43988

Cardinal Gas Services, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Utica East Ohio Midstream, LLC
c/o National Corporate Research, Ltd.
3958-D Brown Park
Hilliard, OH 43026

Eric Petroleum Corporation
c/o Bruce E. Brocker
6075 Silica Road Suite A
Austintown, OH 44515

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Jamestown Resources, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Pelican Energy, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**2.95 ACRES OF LAND, MORE OR LESS**
**IN CARROLL COUNTY, OHIO**
**OH-CA-HL-031.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Hill Haven Farms, LLC
c/o David K. Schaffner

132 Fair Avenue NW
New Philadelphia, OH 44663

RHDK Oil & Gas, LLC
c/o Keith B. Kimble
3596 State Route 39 NW
Dover, OH 44622

Ascent Resources – Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**1.5 ACRES OF LAND, MORE OR LESS
IN CARROLL COUNTY, OHIO
OH-CA-HL-032.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Hill Haven Farms, LLC
c/o David K. Schaffner
132 Fair Avenue NW
New Philadelphia, OH 44663

RHDK Oil & Gas, LLC
c/o Keith B. Kimble
3596 State Route 39 NW
Dover, OH 44622

Ascent Resources – Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Burton L. Jones
1061 Poker Road
Scio, OH 43988

**2.57 ACRES OF LAND, MORE OR LESS
IN CARROLL COUNTY, OHIO
OH-CA-HL-033.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Daniel L. Detwiler and Linda  L. Detwiler
1057 Poker Road SE
Scio, Ohio 43988

RHDK Oil & Gas, LLC
c/o Keith B. Kimble
3596 State Route 39 NW
Dover, OH 44622

Ascent Resources – Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**0.47 ACRES OF LAND, MORE OR LESS
IN CARROLL COUNTY, OHIO
OH-CA-HL-033.500
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Daniel L. Detwiler and Linda  L. Detwiler
1057 Poker Road SE
Scio, Ohio 43988

RHDK Oil & Gas, LLC
c/o Keith B. Kimble
3596 State Route 39 NW
Dover, OH 44622

Ascent Resources – Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Carroll Electric Cooperative, Inc.
c/o Lawrence J. Fenbers
350 Canton Road
Carrollton, OH 44615

**0.98 ACRES OF LAND, MORE OR LESS
IN CARROLL COUNTY, OHIO
OH-CA-HL-034.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Daniel L. Detwiler and Linda  L. Detwiler
1057 Poker Road SE
Scio, Ohio 43988

RHDK Oil & Gas, LLC
c/o Keith B. Kimble

3596 State Route 39 NW
Dover, OH 44622

Ascent Resources – Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Carroll Electric Cooperative, Inc.
c/o Lawrence J. Fenbers
350 Canton Road
Carrollton, OH 44615

**1.74 ACRES OF LAND, MORE OR LESS**
**IN CARROLL COUNTY, OHIO**
**OH-CA-HL-037.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Allen F. Miller
270 Poker Road
Scio, Ohio 43988

Pleasantree Acres, Ltd.
c/o Douglas Schlabach
9276 Briar Road
Magnolis, OH 44643

RHDK Oil & Gas, LLC
c/o Keith B. Kimble
3596 State Route 39 NW
Dover, OH 44622

The Equitable Savings and Loan Company
114 S. Main Street
P.O. Box 267
Cadiz, OH 43907-0267

Eric Petroleum Corporation
c/o Bruce E. Brocker
6075 Silica Road Suite 1
Austintown, OH 44515

Chesapeake Exploration, LLC
c/o CT Corporation System

1300 E. 9th Street
Cleveland, OH 44114

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Pelican Energy, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**0.55 ACRES OF LAND, MORE OR LESS**
**IN CARROLL COUNTY, OHIO**
**OH-CA-HL-038.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Allen F. Miller
270 Poker Road
Scio, Ohio 43988

RHDK Oil & Gas, LLC
c/o Keith B. Kimble
3596 State Route 39 NW
Dover, OH 44622

The Equitable Savings and Loan Company
114 S. Main Street
P.O. Box 267
Cadiz, OH 43907-0267

Eric Petroleum Corporation
c/o Bruce E. Brocker
6075 Silica Road Suite 1
Austintown, OH 44515

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

CHK Utica, LLC
c/o CT Corporation System

1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Pleasantree Acres, Ltd.
c/o Douglas Schlabach
9276 Briar Road
Magnolis, OH 44643

Chesapeake Appalachia, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**5.65 ACRES OF LAND, MORE OR LESS
IN CARROLL COUNTY, OHIO
OH-CA-HL-039.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Pleasantree Acres, LLC
c/o Douglas Schlabach
9276 Briar Road
Magnolis, OH 44643

RHDK Oil & Gas, LLC
c/o Keith B. Kimble
3596 State Route 39 NW
Dover, OH 44622

Eric Petroleum Corporation
c/o Bruce E. Brocker
6075 Silica Road Suite 1
Austintown, OH 44515

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.

c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Pelican Energy, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**10.38 ACRES OF LAND, MORE OR LESS**
**IN CARROLL COUNTY, OHIO**
**OH-CA-HL-040.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Connie L. Leggett and Vance J. Leggett
7082 Hill Drive NW
Malvern, OH 44644

RHDK Oil & Gas, LLC
c/o Keith B. Kimble
3596 State Route 39 NW
Dover, OH 44622

Ascent Resources – Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**3.37 ACRES OF LAND, MORE OR LESS**
**IN CARROLL COUNTY, OHIO**
**OH-CA-HL-046.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Wayne  Fennimore and Caroline K. Fennimore
9015 Cologne Road Northwest, Bowerston, Ohio 44695

Marathon Energy Holdings, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza

Columbus, OH 43215

Dominion Transmission, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Wells Fargo Bank, NA
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

First Federal Community Bank
321 North Wooster Avenue
Dover, OH 44622

Cavalry Spv I, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Unifund CCR, LLC
c/o Unifund Corporation
10625 Techwoods Circle
Cincinnati, OH 45242

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**2.13 ACRES OF LAND, MORE OR LESS**
**IN CARROLL COUNTY, OHIO**
**OH-CA-HL-047.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Monty Morrison and Lynn Morrison
9089 Cologne Road, SW

Bowerston, OH 44695

Marathon Energy Holdings, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Dominion Transmission, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Cardinal Gas Services, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Anschutz Exploration Corporation
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**2.37 ACRES OF LAND, MORE OR LESS
IN CARROLL COUNTY, OHIO
OH-CA-HL-048.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**

Monty Morrison and Lynn Morrison
9089 Cologne Road, SW
Bowerston, OH 44695

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Appalachia, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Enervest Energy Institutional Fund IX, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund IX-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Belden & Blake, LLC
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

CGas Properties, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Capital C. Energy Operations, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Utica Royalty Partners II, LP
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**8.27 ACRES OF LAND, MORE OR LESS**
**IN CARROLL COUNTY, OHIO**
**OH-CA-HL-049.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Rolling Ridge Angus Farm, LTD.
c/o Calvin Logan
1114 Amsterdam Road, SW
Bowerston, OH 44695

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Dominion Transmission, Inc.
c/o CT Corporation System
5400 D. Big Tyler Road
Charleston, WV 25313

RHDK Oil & Gas, LLC
c/o Keith B. Kimble
3596 State Route 39 NW
Dover, OH 44622

Cardinal Gas Services, LLC
c/o CT Corporation System
130 E. 9th Street
Cleveland, OH 44114

**0.0269 ACRES OF LAND, MORE OR LESS**
**IN CARROLL COUNTY, OHIO**
**OH-CA-HL-049.000-TAR-16**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Rolling Ridge Angus Farm, LTD.
c/o Calvin Logan
1114 Amsterdam Road, SW
Bowerston, OH 44695

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza

45

Columbus, OH 43215

Dominion Transmission, Inc.
c/o CT Corporation System
5400 D. Big Tyler Road
Charleston, WV 25313

RHDK Oil & Gas, LLC
c/o Keith B. Kimble
3596 State Route 39 NW
Dover, OH 44622

Cardinal Gas Services, LLC
c/o CT Corporation System
130 E. 9th Street
Cleveland, OH 44114

**4.17 ACRES OF LAND, MORE OR LESS**
**IN CARROLL COUNTY, OHIO**
**OH-CA-HL-050.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Nancy Garcia, Trustee
of the Eduardo Garcia Family Trust dated September 15, 1998
372 Merriman Road
Akron, Ohio 44303

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Enervest Energy InstitutionalFund IX, LP
c/o Capitol Corporate Services, Inc.

46

4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund IX-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund IX-A, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund XI-WI, LP
c/o Capitol Corporate services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

CGas Properties, LP
c/o Capitol Corporate services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Belden & Blake, LLC
c/o Capitol Corporate services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Pelican Energy, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**0.18 ACRES OF LAND, MORE OR LESS**
**IN CARROLL COUNTY, OHIO**
**OH-CA-HL-050.500**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Rolling Ridge Angus Farm, LTD.
c/o Calvin Logan
1114 Amsterdam Road, SW
Bowerston, OH 44695

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Dominion Transmission, Inc.

47

c/o CT Corporation System
5400 D. Big Tyler Road
Charleston, WV 25313

RHDK Oil & Gas, LLC
c/o Keith B. Kimble
3596 State Route 39 NW
Dover, OH 44622

Cardinal Gas Services, LLC
c/o CT Corporation System
130 E. 9th Street
Cleveland, OH 44114

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Ascent Resources - Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**0.26 ACRES OF LAND, MORE OR LESS**
**IN CARROLL COUNTY, OHIO**
**OH-CA-HL-051.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Nancy Garcia, Trustee
of the Eduardo Garcia Family Trust dated September 15, 1998
372 Merriman Road
Akron, Ohio 44303

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Appalachia, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Enervest Energy Institutional Fund IX, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund IX-A, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund XI-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

CGas properties, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Pelican Energy, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**3.33 ACRES OF LAND, MORE OR LESS**
**IN CARROLL COUNTY, OHIO**
**OH-CA-HL-052.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Carole M. Scheetz, Trustee
of the Carole M. Scheetz Revocable Trust dated October 21, 2008
4631 Hilldale Street NW
Canton, Ohio 44718

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

49

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**2.91 ACRES OF LAND, MORE OR LESS**
**IN CARROLL COUNTY, OHIO**
**OH-CA-HL-058.520**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Patrick R. Soos and Cynthia K. Soos
90425 Heaston Rd.
Bowerston, OH 44695

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Cardinal Gas Services, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Appalachia, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake AEC Acquisition, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Jamestown Resources, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**0.44 ACRES OF LAND, MORE OR LESS**
**IN CARROLL COUNTY, OHIO**
**OH-CA-HL-058.530**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Nancy Garcia, Trustee
of the Eduardo Garcia Family Trust dated September 15, 1998
372 Merriman Road
Akron, Ohio 44303

Chesapeake Exploration, LLC
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

**0.17 ACRES OF LAND, MORE OR LESS**
**IN CARROLL COUNTY, OHIO**
**OH-CA-HL-058.540**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Carole M. Scheetz, Trustee
of the Carole M. Scheetz Revocable Trust
dated October 21, 2008
c/o Carole M. Scheetz
4631 Hilldale St. NW
Canton, OH 44718

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

CHK Utica, LLC
c/o CT Corporation System

1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Appalachia, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake AEC Acquisition, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Cgas Properties, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund IX, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund IX-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund IX-A, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy institutional Fund XI-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Belden & Blake, LLC
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

**3.57 ACRES OF LAND, MORE OR LESS**
**IN CARROLL COUNTY, OHIO**
**OH-CA-HL-061.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Murphy Boys, LLC.
c/o Brian R. Murphy
7486 Broad Street SW
Pataskala, OH 43062

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Cardinal Gas Services, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Jamestown Resources, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

CGas Properties, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Ltd.
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

**1.82 ACRES OF LAND, MORE OR LESS**
**IN CARROLL COUNTY, OHIO**
**OH-CA-HL-062.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Gary R. Caldwell
3178  Amsterdam Road Southwest
Bowerston, Ohio 44695

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Cardinal Gas Services, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Jamestown Resources, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**1.24 ACRES OF LAND, MORE OR LESS**
**IN CARROLL COUNTY, OHIO**
**OH-CA-HL-063.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Gary R. Caldwell
3178  Amsterdam Road Southwest
Bowerston, Ohio 44695

Cardinal Gas Services, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Exploration, LLC
c/o CT Corporation System

1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Jamestown Resources, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**6.68 ACRES OF LAND, MORE OR LESS**
**IN CARROLL COUNTY, OHIO**
**OH-CA-HL-064.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Edison T. Gartrell and Tanya S. Gartrell, Co-Trustees
of the Edison T. Gartrell  Revocable Trust dated 5/2/2013
3255 Amsterdam Road Southwest
Bowerston, OH 44695

Edison T. Gartrell and Tanya S. Gartrell, Co-Trustees
of the Tanya S. Gartrell Revocable Trust dated 5/2/2013
3255 Amsterdam Road Southwest
Bowerston, OH 44695

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Verizon North, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Enervest LTD
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

CGas Properties, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Cardinal Gas Services, LLC

c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

The First National Bank of Dennison
105 Grant Street
Dennison, OH 44621

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Appalachia, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Enervest Energy Institutional Fund IX, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund IX-A, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund IX-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Belden & Blake, LLC
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Jamestown Resources, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**2.99 ACRES OF LAND, MORE OR LESS
IN CARROLL COUNTY, OHIO
OH-CA-HL-065.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Larry J. Adam and Marie R. Adam
8280 Autumn Road SW
Bowerston, Ohio 44695

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Verizon North, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Cardinal Gas Services, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

First Federal Community Bank
321 N. Wooster Ave.
P.O. Box 38
Dover, OH 44622

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Enervest Energy Institutional Fund IX, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy Institutaionl Fund IX-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Belden & Blake, LLC
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

CGas Properties, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Jamestown Resources, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**3.28 ACRES OF LAND, MORE OR LESS**
**IN CARROLL COUNTY, OHIO**
**OH-CA-HL-066.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Larry J. Adam and Marie R. Adam
8280 Autumn Road SW
Bowerston, Ohio 44695

The Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Cardinal Gas Services, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

First Federal Community Bank
321 N. Wooster Avenue
P.O. Box 38
Dover, OH 44622

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Enervest Energy Institutional Fund IX, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy Institutaionl Fund IX-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

CGas Properties, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Belden & Blake, LLC
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Jamestown Resources, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**1.37 ACRES OF LAND, MORE OR LESS**
**IN CARROLL COUNTY, OHIO**
**OH-CA-HL-072.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Richard T. Morrison and Judith  J. Morrison
4177 Amsterdam Rd SW
Bowerston, OH 44695

The Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Frontier North, Inc.
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Cardinal Gas Services, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Pennzoil Company
c/o CT Corporation System
5400 D. Big Tyler Road
Charleston, WV 25313

SWEPI, LP
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Appalachia, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**3.99 ACRES OF LAND, MORE OR LESS**
**IN CARROLL COUNTY, OHIO**
**OH-CA-HL-073.000**

**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Richard S. Morrison
9073 Deacon Road Southwest
Bowerston, Ohio 44695

George H. Farnsworth and Jacquelyn M. Farnsworth, Co-Trustees
for the Farnsworth  Family Trust
302 Liberty Street
Bowerston, OH 44695

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Frontier North, Inc.
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Cardinal Gas Services, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Huntington Bancshares, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Pennzoil Company
c/o CT Corporation System
5400 D. Big Tyler Road
Charleston, WV 25313

Petrox, Inc.
c/o Mark G. Depew
10005 Ellsworth Road
Streetsboro, OH 44241

Enervest Energy Institutional Fund IX, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund IX-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204

Cleveland, OH 44121

SWEPI, LP
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**1.35 ACRES OF LAND, MORE OR LESS**
**IN CARROLL COUNTY, OHIO**
**OH-CA-HL-074.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Harry D. Copeland and Dorthy H. Copeland
9115 Autumn Road Southwest
Bowerston, Ohio 44695

George H. Farnsworth and Jacquelyn M. Farnsworth, Co-Trustees
for the Farnsworth  Family Trust
302 Liberty Street
Bowerston, OH 44695

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Frontier North, Inc.
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Cardinal Gas Services, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Pennzoil Company
c/o CT Corporation System
5400 D. Big Tyler Road
Charleston, WV 25313

Enterprise Energy Corporation
c/o R.J. Schwarz
325 Jessing Trl.
Columbus, OH 43235

Petrox, Inc.
c/o Mark G. Depew
10005 Ellsworth Road

Streetsboro, OH 44241

Enervest Energy Institutional Fund IX, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund IX-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

SWEPI, LP
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Letterman Brothers Energy Program 1980-3
The Letterman Building
Suite 100
19742 McArthur Boulevard
Irvine, CA 92715

**0.12 ACRES OF LAND, MORE OR LESS**
**IN CARROLL COUNTY, OHIO**
**OH-CA-HL-075.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Harry D. Copeland and Dorothy H. Copeland
9115 Autumn Road Southwest
Bowerston, Ohio 44695

George H. Farnsworth and Jacquelyn M. Farnsworth, Co-Trustees
for the Farnsworth  Family Trust
302 Liberty Street
Bowerston, OH 44695

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Frontier North, Inc.
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Cardinal Gas Services, LLC
c/o CT Corporation System

1300 E. 9th Street
Cleveland, OH 44114

Pennzoil Company
c/o CT Corporation System
5400 D. Big Tyler Road
Charleston, WV 25313

Enterprise Energy Corporation
c/o R.J. Schwarz
325 Jessing Trl.
Columbus, OH 43235

Petrox, Inc.
c/o Mark G. Depew
10005 Ellsworth Road
Streetsboro, OH 44241

Enervest Energy Institutional Fund IX, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund IX-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

SWEPI, LP
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Letterman Brothers Energy Program 1980-3
The Letterman Building
Suite 100
19742 McArthur Boulevard
Irvine, CA 92715

**1.93 ACRES OF LAND, MORE OR LESS**
**IN CARROLL COUNTY, OHIO**
**OH-CA-HL-080.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
B. Nadine Leggett, Settlor and Trustee
The B. Nadine Leggett Revocable Living Trust dated 11/10/2015
9035 Cumberland Road Southwest
Bowerston, Ohio 44695

Wheeling and Lake Erie Railway Company
c/o Alexander C. Jarvis
100 E. First Street
Brewster, OH 44613

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Frontier North, Inc.
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Belden & Blake, LLC
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, Oh 44121

Cardinal Gas Services, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

AEP Ohio Transmission Company, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**4.8 ACRES OF LAND, MORE OR LESS
IN CARROLL COUNTY, OHIO
OH-CA-HL-081.000**

**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Timothy M. Gartrell, Gaila J. Gartrell, Edison J. Gartrell
Jerry J. Gartrell, and William  D. Gartrell
9080 Cordova Rd. SW
Bowerston, OH 44695

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Wheeling and Lake Erie Railway Company
c/o Alexander C. Jarvis
100 E. First Street
Brewster, OH 44613

AEP Ohio Transmission Company, Inc.
c/o CT Corporation System
1300 E. 9th St
Cleveland, OH 44114

Sound Energy Company, Inc.
c/o Bruce Levengood
3632 SR 800 SE
Dover, OH 44622

Bruce Levengood
3632 SR 800 SE
Dover, OH 44622

Tyler Levengood
1127 Euclid Avenue
Cleveland, OH 44115

Nathan B. Levengood
P.O. Box 306
Dover OH 44622

Mark Farnsworth
7321 Azalea Road SW
Bowerston, Oh 44695

Carolyn Farnsworth
7321 Azalea Road SW
Bowerston, Oh 44695

Sierra Buckeye, LLC
c/o CT Corporation System

1300 E. 9th Street
Cleveland, OH 44114

Ascent Resources – Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**4.6358 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-001.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Keith A. Alt
4661 Hinesville Road
Shelby, Ohio 44875

Farm Credit Mid-America, FLCA
c/o CT Corporation System
1300 E. 9th St.
Cleveland, OH 44114

Black Fork Wind Energy, LLC
c/o CT Corporation System
1300 E. 9th St
Cleveland, OH 44114

**5.8188 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-002.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Niese Family Farms LTD
c/o Jeffery F. Niese
7510 Cole Road
Crestline, Ohio 44827

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Niese Brothers Farms aka Niese Farms, an Ohio General Partnership
7510 Cole Road
Crestline, OH 44827

Black Fork Wind Energy, LLC
c/o CT Corporation System
1300 E. 9th St
Cleveland, OH 44114

Devon Energy Production Company, LP
c/o CT Corporation System
1300 E. 9th St
Cleveland, OH 44114

Tiptop Energy Production US, LLC
c/o CT Corporation System
1300 E. 9th St
Cleveland, OH 44114

**10.4474 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-005.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
David E. Crum, Trustee of the Donald E. Crum Trust dated 3/18/04
5163 State Route 98
Bucyrus, OH 44820

United Telephone Company of Ohio
c/o CT Corporation System
1300 E. 9th St.
Cleveland, OH 44114

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

North Central Electric Co-operative, Inc.
c/o Markus I. Bryant
252 Forest Street
Wellington, OH 44090

**4.8306 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-006.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Robert and Lillian Niese Farms LTD.
c/o Robert C. Niese
3364 Hinesville  Road
Shelby, Ohio 44875

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Black Fork Wind Energy, LLC

c/o CT Corporation System
1300 E. 9th St
Cleveland, OH 44114

**1.6069 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-007.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Robert K Waines, Jr.
5140 State Route 598
Crestline, Ohio 44827

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Black Fork Wind Energy, LLC
c/o CT Corporation System
1300 E. 9th St
Cleveland, OH 44114

Richland Bank
c/o The Park National Bank
50 North Third Street
Newark, OH 43058

**7.8395 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-008.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Robert and Lillian Niese Farms LTD.
c/o Robert C. Niese
3364 Hinesville  Road
 Shelby, Ohio 44875

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Black Fork Wind Energy, LLC
c/o CT Corporation System
1300 E. 9th St
Cleveland, OH 44114

**6.7648 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**

**OH-CR-010.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
K-SLP Real Estate, Ltd.
c/o Melody Klingel Spencer
5241 State Route 602
Bucyrus, Ohio 44820

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

United Telephone Company of Ohio
c/o CT Corporation System
1300 E. 9th St.
Cleveland, OH 44114

**6.9053 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-011.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
E. Jane Phenicie, Settlor Trustee
under the E. Jane Phenicie Family Trust Agreement
Dated January 4, 1995
5661 Stevens Road
New Washington, Ohio 44854

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

AG Credit, Agricultural Credit Association
c/o John Hunter
610 W. Lytle St
Fostoria, OH 44830

**10.921 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-012.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
K-SLP Real Estate, Ltd.
c/o Melody Klingel Spencer
5241 State Route 602
Bucyrus, Ohio 44820

Ohio Power Company

c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

**6.4184 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-014.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Edward D. Von Stein
5454 Dickson Road
Tiro, Ohio 44887

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

**13.4671 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-015.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Herman W. Seibert, Trustee of the Seibert Family Trust
5411 State Route 98
Tiro, Ohio 44887

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

**0.4514 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-015.000-SSE**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Herman W. Seibert, Trustee of the Seibert Family Trust
5411 State Route 98
Tiro, Ohio 44887

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

**3.3925 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-018.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**

Samuel J. Kraft and Margo J. Craft
6161 Johnston Road
New Washington, Ohio 44854

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

**5.7804 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-019.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
MMJ Farms, LLC
c/o John C. Brundage
4700 N. Township Road 169
Tiffin, OH 44883

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

**5.0783 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-020.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Roger J. Ackerman and Anita L. Ackerman, Trustees
of the Roger J. Ackerman and Anita L. Ackerman
Revocable Living Trust dated August 18, 1994
5988 Johnston Road
New Washington, Ohio 44854

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

**1.4783 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-021.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Rudolph J. Berger or Leona M. Berger, Trustees
or their successors in trust, under the Rudolph J. Berger
Living Trust dated 2/10/99
837 West Beal Avenue
Bucyrus, Ohio 44820

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

**6.424 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-022.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
LaVon I. Luidhardt, Larry L. Pfahler and Ray L. Pfahler
5440 Vorndron Road
New Washington, Ohio 44854

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

United Telephone Company of Ohio
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**5.16 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-023.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Kenneth L. Kark and Kathleen A. Kark, Trustees
of the Kenneth L. Kark and Kathleen A. Kark
Living Trust, dated 9/25/07
5694 Johnston Road
New Washington, Ohio 44854

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

**3.7206 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-024.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Mr. Jason F Kalb
16668 West River Road
Bowling Green, Ohio 43402

Ohio Power Company

c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

United Telephone Company of Ohio
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

North Central Electric Cooperative, Inc.
c/o Markus I. Bryant
252 Forest Street
Wellington, OH 44090

**7.8352 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-026.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
James R. Springer, Sole Trustee, or his successors in trust
under the James R. Springer Living Trust
dated February 26, 2001
5892 Marsh Road
New Washington, Ohio 44854

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Atlantic Wind, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

**1.1039 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-027.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Marlene J. Ford
4968 Kessler Road
Bucyrus, Ohio 44820-9320

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

**2.824 ACRES OF LAND, MORE OR LESS**

**IN CRAWFORD COUNTY, OHIO**
**OH-CR-029.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Donald L. and Jane Phenicie
5661 Stevens Road
New Washington, Ohio 44854

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Frontier North, Inc.
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

AG Credit, Agricultural Credit Association
c/o John Hunter
610 W. Lytle St
Fostoria, OH 44830

**11.4273 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-030.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Stephen R. Harrer, Cynthia M. Harrer and Stephen R. Harrer, Trustee
or his Successor(s) as Trustees of The Harrer Keystone Inheritance Trust
dated January 9, 2007
6150 State Route 602
New Washington, Ohio 44854

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Frontier North, Inc.
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

North Central Electric Cooperative, Inc.
c/o Markus I. Bryant
252 Forest Street
Wellington, OH 44090

**4.9002 ACRES OF LAND, MORE OR LESS**

**IN CRAWFORD COUNTY, OHIO**
**OH-CR-031.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Kenneth R. Burger
5497 Mahl Road
New Washington, Ohio 44854

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

North Central Electric Cooperative, Inc.
c/o Markus I. Bryant
252 Forest Street
Wellington, OH 44090

**7.2689 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-034.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Keith R. Loy and Pamela E. Loy
4729 Chatfield Center Road
New Washington, Ohio 44854-9757

AG Credit, Agricultural Credit Association
c/o John Hunter
610 W. Lytle St
Fostoria, OH 44830

**8.3459 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-035.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Helen M. Rossman and W. Dexter Rossman
1919 State Route 602
Bucyrus, Ohio 44820-9678

**9.2054 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-036.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Paul J. Kanney a/k/a Paul Kanney and Nancy Kanney
128 North Techumseh Trail, C
Tiffin, Ohio 44883-3461

Paul J. Kanney a/k/a Paul Kanney and Nancy Kanney

400 E. Warren Street
Bucyrus, OH 44820

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

AT&T Corp.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Firelands Electric Cooperative, Inc.
c/o April L. Bordas
One Energy Place
New London, OH 44851

**0.7949 ACRES OF LAND, MORE OR LESS
IN CRAWFORD COUNTY, OHIO
OH-CR-037.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Gerald T. Stacklin and Rebecca M. Stacklin
4970 Sheetz Road
New Washington, Ohio 44854-9774

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

AG Credit, Agricultural Credit Association
c/o John Hunter
610 W. Lytle St
Fostoria, OH 44830

AT&T Corp.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**1.9475 ACRES OF LAND, MORE OR LESS
IN CRAWFORD COUNTY, OHIO
OH-CR-038.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Jeffrey A. Stacklin and Lyndsey A. Stacklin
4171 Chatfield Center Road
New Washington, Ohio 44854-9758

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

AG Credit, Agricultural Credit Association
c/o John Hunter
610 W. Lytle St
Fostoria, OH 44830

AT&T Corp.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**5.3038 ACRES OF LAND, MORE OR LESS
IN CRAWFORD COUNTY, OHIO
OH-CR-039.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Gerald T. Stacklin and Rebecca M. Stacklin
4970 Sheetz Road
New Washington, Ohio 44854-9774

AT&T Corp.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

AG Credit, Agricultural Credit Association
c/o John Hunter
610 W. Lytle St
Fostoria, OH 44830

North Central Electric Cooperative, Inc.
c/o Markus I. Bryandt
252 Forest Street
Wellington, OH 44090

**4.5279 ACRES OF LAND, MORE OR LESS
IN CRAWFORD COUNTY, OHIO
OH-CR-041.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Danny S. and DeAnna M. Tomecko
4050 Clady Road
Bloomville, Ohio 44818-9385

North Central Electric Cooperative, Inc.
c/o Markus I. Bryant

252 Forest Street
Wellington, OH 44090

United Telephone Company of Ohio
c/o CT Corporation System
1300 East Ninth Street
Cleveland, OH 44114

**11.2748 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-044.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Kenneth E. Studer and Doris E. Studer, Co-Trustees
of the Doris E. Studer Revocable Trust
dated November 20, 2003
And
Kenneth E. Studer and Doris E. Studer, Co-Trustees of the Kenneth E. Studer Revocable
Trust dated November 20, 2003
4148 Clady Road
Bloomville, Ohio 44818

North Central Electric Cooperative, Inc.
c/o Markus I. Bryant
252 Forest Street
Wellington, OH 44090

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

**0.0289 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-044.000-TAR**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Kenneth E. Studer and Doris E. Studer, Co-Trustees
of the Doris E. Studer Revocable Trust
dated November 20, 2003
And
Kenneth E. Studer and Doris E. Studer, Co-Trustees of the Kenneth E. Studer Revocable
Trust dated November 20, 2003
4148 Clady Road
Bloomville, Ohio 44818

North Central Electric Cooperative, Inc.
c/o Markus I. Bryant
252 Forest Street

Wellington, OH 44090

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

**4.6572 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-045.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Phillip G. Studer
6039 Connely Road
New Washington, Ohio 44854-9764

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

AG Credit, Agricultural Credit Association
c/o John Hunter
610 W. Lytle St
Fostoria, OH 44830

United Telephone Company of Ohio
c/o CT Corporation System
1300 East Ninth Street
Cleveland, OH 44114

Firelands Electric Cooperative, Inc.
c/o April L. Bordas
One Energy Place
New London, OH 44851

**3.7956 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-046.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Edward L. Harer, Trustee
of the Edward L. Harer Trust
dated September 9, 2010
And
Barbara J. Harer, Trustee of the Barbara J. Harer Trust, dated September 9, 2010
7407 Kennedy Road
Bloomville, Ohio 44818

Ohio Power Company

c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

United Telephone Company of Ohio
c/o CT Corporation System
1300 East Ninth Street
Cleveland, OH 44114

**1.8893 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-048.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
John D. Schimpf and Wanda L. Schimpf
7474 Ross Road
Bloomville, Ohio 44818

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

United Telephone Company of Ohio
c/o CT Corporation System
1300 East Ninth Street
Cleveland, OH 44114

**7.018 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-049.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Michael F. Leuthold and Sandra K. Snyder
5893 State Route 4
Bloomville, Ohio 44818

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

United Telephone Company of Ohio
c/o CT Corporation System
1300 East Ninth Street
Cleveland, OH 44114

**2.6274 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-050.000**

**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Joseph W. Smith and Joyce A. Smith
7267 Brillhart Road
Bloomville, Ohio 44818-9363

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

United Telephone Company of Ohio
c/o CT Corporation System
1300 East Ninth Street
Cleveland, OH 44114

The Peoples Savings and Loan Company
c/o George Donneuwirth
300 S. Walnut Street
Bucyrus, OH 44820

**0.7121 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-052.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Joseph W. Smith and Joyce A. Smith
7267 Brillhart Road
Bloomville, Ohio 44818-9363

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

United Telephone Company of Ohio
c/o CT Corporation System
1300 East Ninth Street
Cleveland, OH 44114

**4.3596 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-055.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Dwight Charles Harer or Florence Marie Harer, Trustees
of the Dwight Charles Harer Revocable Living Trust dated February 22, 1994
And
Florence Marie Harer or Dwight Charles Harer, trustees
of the Florence Marie Harer Revocable Trust

dated February 22,
7552 State Route 19
Bloomville, Ohio 44818

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Reserve Energy Exploration Company
c/o Joseph W. Haas
10155 Gottschalk Parkway, Unit 1
Chagrin Falls, OH 44023

NextEra Energy Honey Creek Wind, LLC
700 Universe Blvd.
Juno Beach, Florida 33408

NextEra Energy Solutions, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Firelands Electric Cooperative, Inc.
c/o April L. Bordas
One Energy Place
New London, OH 44851

**0.7157 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-056.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Jacob R. Ash and Shelly M. Ash
2841 Albaugh Road
Bloomville, Ohio 44818-9359

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Directions Credit Union, Inc.
c/o Jon B. Liebenthal
5800 Monroe Street Building D, Suite 3
Sylvania, OH 43560

Firelands Electric Cooperative, Inc.
c/o April L. Bordas

One Energy Place
New London, OH 44851

**1.9736 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-057.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
John D. Schimpf and Wanda L. Schimpf
7474 Ross Road
Bloomville, Ohio 44818

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Reserve Energy Exploration Company
c/o Joseph W. Haas
10155 Gottschalk Parkway, Unit 1
Chagrin Falls, OH 44023

NextEra Energy Honey Creek Wind, LLC
700 Universe Blvd.
Juno Beach, Florida 33408

NextEra Energy Solutions, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

AG Credit, Agricultural Credit Association
c/o John Hunter
610 W. Lytle Street
Fostoria, OH 44830

**8.1913 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-058.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Joe A. Schimpf and Joyce E. Schimpf
2648 Albaugh Road
Bloomville, Ohio 44818-9310

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Reserve Energy Exploration Company
c/o Joseph W. Haas
10155 Gottschalk Parkway, Unit 1
Chagrin Falls, OH 44023

NextEra Energy Honey Creek Wind, LLC
700 Universe Blvd.
Juno Beach, Florida 33408

AG Credit Agricultural Credit Association
c/o John Hunter
610 W. Lytle St
Fostoria, OH 44830

**10.2174 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-059.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Gary P. Schimpf and Allen F. Schimpf
7695 Kennedy Road
Bloomville, OH 44818-9313

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Reserve Energy Exploration Company
c/o Joseph W. Haas
10155 Gottschalk Parkway, Unit 1
Chagrin Falls, OH 44023

NextEra Energy Honey Creek Wind, LLC
700 Universe Blvd.
Juno Beach, Florida 33408

NextEra Energy Solutions, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**1.9608 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-060.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Karen S. Miller, Trustee of the Young Family Trust
dated May 17, 2002
P.O. Box 465

Bloomville, OH 44818-0465

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Reserve Energy Exploration Company
c/o Joseph W. Haas
10155 Gottschalk Parkway, Unit 1
Chagrin Falls, OH 44023

NextEra Energy Honey Creek Wind, LLC
700 Universe Blvd.
Juno Beach, Florida 33408

NextEra Energy Solutions, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**3.1488 ACRES OF LAND, MORE OR LESS
IN CRAWFORD COUNTY, OHIO
OH-CR-061.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Jeannine M. Stucky
8607 East County Road 58
Bloomville, Ohio 44818-9444

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Reserve Energy Exploration Company
c/o Joseph W. Haas
10155 Gottschalk Parkway, Unit 1
Chagrin Falls, OH 44023

NextEra Energy Honey Creek Wind, LLC
700 Universe Blvd.
Juno Beach, Florida 33408

NextEra Energy Solutions, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**2.6274 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**
**OH-CR-064.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
James A. Weisenauer and Cathy M. Weisenauer
7995 State Route 19
Bloomville, Ohio 44818

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

United Telephone Company of Ohio
c/o CT Corporation System
1300 East Ninth Street
Cleveland, OH 44114

**10.0568 ACRES OF LAND, MORE OR LESS**
**IN STARK COUNTY, OHIO**
**OH-ST-000.510**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Kismet Organic Farms, LTD
c/o Timothy S. Belden
612 Market Ave. S.
Canton, OH 44702

The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Enervest Energy Institutional Fund
XI-A, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund
XI-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204

Cleveland, OH 44121

CGas Properties, L. P.
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

MCD-MB Drilling Program – 1991, Limited Partnership
c/o JR Operating Co., Inc.
104 Sixth Street SW
Canton, OH 44702

**8.1742 ACRES OF LAND, MORE OR LESS**
**IN STARK COUNTY, OHIO**
**OH-ST-000.520**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Eagle Realty, Ltd.
c/o Timothy S. Belden
612 Market Avenue South
Canton, OH 44702

The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Ohio River Pipe Line, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Enervest Energy Institutional Fund
XI-A, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund
XI-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

CGas Properties, L. P.
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Laufen International, Inc.
c/o John Bogniard
4775 Munson Street NW
Canton, OH 44718

Buckeye Oil Producing Co.
c/o Cheryl L. Becker
544 E. Liberty Street
Wooster, OH 44691

**4.1228 ACRES OF LAND, MORE OR LESS**
**IN STARK COUNTY, OHIO**
**OH-ST-021.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
L. Vincent Goff, Jr., Trustee
of the L. Vincent Goff, Jr.
Living Trust, dated February 6,
1996
9834 Blough Ave. SW
Navarre, OH 44662

The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Ohio Edison Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Western Reserve Land Conservancy
c/o Richard D. Cochran
3850 Chagrin River Road
Moreland Hills, OH 44022

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

EnerVest Operating, LLC
c/o Capitol Corporate Services, Inc.

4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund
XI-A, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund
XI-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

CGas Properties, L. P.
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Range Resources – Appalachia, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

**8.4295 ACRES OF LAND, MORE OR LESS**
**IN STARK COUNTY, OHIO**
**OH-ST-024.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Terrence O. Lahr
9410 Blough Avenue SW
Navarre, OH 44662

The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Ohio Edison Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

EnerVest Operating, LLC
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund
XI-A, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund
XI-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

CGas Properties, L. P.
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Range Resources – Appalachia, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

William H. Gruse, II
9525 Blough Avenue SW
Navarre, OH 44662

The unknown heirs, successors and assigns of Henry Stuck
Address(es) unknown

The unknown heirs, successors and assigns of Homer Stuck
Address(es) unknown

The unknown heirs, successors and assigns of Maude Mase
Address(es) unknown

The unknown heirs, successors and assigns of Wanda Maxwell
Address(es) unknown

**9.000 ACRES OF LAND, MORE OR LESS**
**IN STARK COUNTY, OHIO**
**OH-ST-025.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
John F. and Mildred F. Brainerd

9529 Shetler Avenue SW
Navarre, OH 44662

Ohio Edison Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Frontier North, Inc.
c/o Corporation Service Company
50 W. Broad Street, Suite 1330
Columbus, OH 43215

EnerVest Operating, LLC
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund
XI-A, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund
XI-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

CGas Properties, L. P.
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Range Resources – Appalachia, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

**6.2578 ACRES OF LAND, MORE OR LESS**
**IN STARK COUNTY, OHIO**
**OH-ST-029.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
James Donald Kleinhenz and Wilma Faye Kleinhenz
9980 Riverland Avenue SW
Navarre, OH 44662

Franklin Gas & Oil Company, LLC
c/o J. C. Morgan III
1480 Hunt Club Drive
Wooster, OH 44691

Buckeye Oil Producing Company
c/o Cheryl L. Becker
544 E. Liberty Street
Wooster, OH 44691

Ohio Edison Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Enervest Energy Institutional Fund
XI-A, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund
XI-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

CGas Properties, L. P.
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Range Resources – Appalachia, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

**2.9057 ACRES OF LAND, MORE OR LESS
IN STARK COUNTY, OHIO
OH-ST-031.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Robert R. Lane and Martha E. Lane
9202 Goodrich Rd. SW

Beach City, OH 44608

Ohio Edison Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

AT&T Corp.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Belden & Blake, LLC
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

H.S. Belden, IV
7555 Freedon Avenue NW
North Canton, OH 44720

Enervest Energy Institutional Fund
IX, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund
IX-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Anschutz Exploration Corporation
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake AEC Acquisition, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Michael L. Numbers
11789 Dolphin St., S.W.
Beach City, OH 44608

Scott A. Numbers
1077 Parkledge Dr.
Macedonia, OH 44056

Keith E. Numbers
45 Gulfwood St.
Centerville, OH 45450

Jeannette Numbers
1217 Hathaway #2
Lakewood, OH 44107

Unknown heirs, successors and assigns of Geneva Lutz
Address(es) unknown

Unknown heirs, successors and assigns of Jack Cameron
Address(es) unknown

Unknown heirs, successors and assigns of Dale Cameron
Address(es) unknown

Unknown heirs, successors and assigns of Walter Sterner
Address(es) unknown

Unknown heirs, successors and assigns of Perry Sterner
Address(es) unknown

Unknown heirs, successors and assigns of J. Franklin Sterner
Address(es) unknown

Unknown heirs, successors and assigns of Rutti Reiger
Address(es) unknown

**16.7325 ACRES OF LAND, MORE OR LESS**
**IN STARK COUNTY, OHIO**
**OH-ST-032.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Gary L. Habrun and Catherine E.
Habrun, as Co-Trustees of the

95

Gary and Catherine Habrun
Revocable Trust
9445 Goodrich Road SW
Beach City OH 44608

Linda Diane Hall
1745 King's Lake Road
DeFuniak Springs, FL 32433

Bessie L. Schrock
1259 King's Lake Road
DeFuniak Springs, FL 32433

Unknown heirs of Bessie L. Schrock
Unknown address

Ohio Edison Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Frontier North, Inc.
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

AT&T Corp.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Buckeye Oil Producing Co.
c/o Cheryl L. Becker
544 E. Liberty Street
Wooster, OH 44691

Belden & Blake, LLC
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Henry S. Belden, IV
7555 Freedom Avenue NW
North Canton, OH 44720

Enervest Energy Institutional Fund IX, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204

Cleveland, OH 44121

Enervest Energy Institutional Fund IX-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Anschutz Exploration Corporation
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Northwoods Corporation
c/o Paracorp Incorporation
2140 S. Dupont Hwy
Camden, DE 19934

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

CGAS Properties, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Graig Exploration, Ltd.
7555 Freedom Ave. NW
North Canton, OH 44720

**0.7948 ACRES OF LAND, MORE OR LESS**
**IN STARK COUNTY, OHIO**
**OH-ST-041.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Ralph  L. Graybill, III
7676 Justus Avenue SW
Navarre, OH 44662

Marathon Petroleum Company, LP
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Marathon Pipe Line, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Ashland Oil, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Columbia Gas Transmission Corporation
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Columbia Gas Transmission, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

The Ohio Bell Telephone Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Range Resources-Appalachia, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Enervest Energy Institutional Fund
XI-A, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund
XI-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

CGas Properties, L. P.

c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund
IX, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Petrox, Inc.
c/o Mark G. Depew
10005 Ellsworth Road
Streetsboro, OH 44241

Anschutz Exploration Corporation
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Farm Credit Services of America, FLCA
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Belden & Blake, LLC
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

H.S. Belden, IV
7555 Freedom Avenue NW
North Canton, OH 44720

Buckeye Oil Producing Co.
c/o Cheryl L. Becker
544 E. Liberty Street
Wooster, OH 44691

Chesapeake AEC Acquisition, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Enervest Energy Institutional Fund IX-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

The unknown heirs, successors and assigns of John J. Rose
Address(es) unknown

The unknown heirs, successors and assigns of Daniel J. Wolf
Address(es) unknown

**1.536 ACRES OF LAND, MORE OR LESS
IN STARK COUNTY, OHIO
OH-ST-043.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Elizabeth A. Bowers
8463 Manchester Avenue SW
Navarre, OH 44662

Ashland Oil, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Marathon Petroleum Company, LP
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Marathon Pipe Line, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Columbia Gas Transmission Corporation
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Columbia Gas Transmission, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Belden & Blake, LLC
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Petrox, Inc.
c/o Mark G. Depew
10005 Ellsworth Road
Streetsboro, OH 44241

The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

H.S. Belden, IV
7555 Freedom Avenue NW
North Canton, OH 44720

Enervest Energy Institutional Fund XI-A, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund IX, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund IX-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

CGas Properties, L.P.
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Anschutz Exploration Corporation
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake AEC Acquisition, LLC
6100 N. Western Avenue
Oklahoma City, OH 73118

Chesapeake Appalachia, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**13.4363 ACRES OF LAND, MORE OR LESS**
**IN STARK COUNTY, OHIO**
**OH-ST-044.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Michael E. and Elizabeth A. Bucher
8661 Stone Avenue SW
Navarre, OH 44662

Marathon Petroleum Company, LP
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Marathon Pipe Line, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Ashland Oil, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Columbia Gas Transmission Corporation
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Columbia Gas Transmission, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Ohio Edison Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Unknown heirs of Margaret Weisgarber
Address unknown

The East Ohio Gas Company
c/o CT Corporation System

1300 E. 9th Street
Cleveland, OH 44114

CGas Properties, L.P.
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Unknown successors and assigns of Vaught Oil Company
Address unknown

Belden & Blake, LLC
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Patrick L. Bucher and Diana C. Bucher
8661 Stone Avenue
Navarre, OH 44662

Michael Bucher and Elizabeth Bucher
8661 Stone Avenue
Navarre, OH 44662

Tara Catherine Bucher
8661 Stone Avenue
Navarre, OH 44662

Bruce J. Burcaw and Rebecca L. Burcaw
409 Superior Street
Brewster, OH 44613

Bakerwell, Inc.
c/o Jeffrey J. A. Baker
10691 White Fir Lane
Galena, OH 43021

Gerald H. Moore
536 Citizens Savings Building
110 Central Plaza South
Canton, OH 44702

Jerry Moore, Inc.
c/o Michael A. Ogline
1844 West State Street Suite A
Alliance, OH 44601

MGH, Inc.

c/o Michael A. Ogline
1844 West State Street Suite A
Alliance, OH 44601

MKE Producing, Inc.
c/o Michael Sherman
5480 Cable Point Circle NW
Canton, OH 44718

Broad Street Energy Co.
c/o Acme Agent, Inc.
41 S. High Street Suite 2800
Columbus, OH 43215

Diversified Oil & Gas, LLC
c/o Robert Hutson
7907 Township Road 103
Millersburg, OH 44654
CNX Gas Company, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Dominion Field Services, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Phyllis Wohlmuth and Louis Wohlmuth
1785 Flagler Manor Cir.
West Palm Beach, FL 33411

Petrox, Inc.
c/o Marg G. Depew
10005 Ellsworth Road
Streetsboro, OH 44241

Dover Atwood Corp.
2162 Broad Run Dairy Road NW
Dover, OH 44622-7702

H.S. Belden, IV
7555 Freedom Avenue NW
North Canton, OH 44720

Enervest Energy Institutional Fund IX, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204

Cleveland, OH 44121

Enervest Energy Institutional Fund IX-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Anschutz Exploration Corporation
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake AEC Acquisition, LLC
6100 N. Western Avenue
Oklahoma City, OH 73118

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Appalachia, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**4.704 ACRES OF LAND, MORE OR LESS**
**IN STARK COUNTY, OHIO**
**OH-ST-045.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Michael O. Schmuki
8144 Stone Avenue SW
Navarre, OH 44662

Frieda Schmuki
8144 Stone Avenue SW
Navarre, OH 44662

Ohio Edison Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Columbia Gas Transmission Corporation
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Belden & Blake, LLC
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

The Ohio Bell Telephone Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

H.S. Belden IV
7555 Freedom Avenue NW
North Canton, OH 44720

Enervest Energy Institutional Fund IX, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund IX-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Anschutz Exploration Corporation
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake AEC Acquisition, LLC
6100 N. Western Avenue
Oklahoma City, OH 73118

Chesapeake Appalachia, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

CGas Properties, L.P.
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Dover Atwood Corp.
2162 Broad Run Dairy Road NW
Dover, OH 44622-7702

**0.475 ACRES OF LAND, MORE OR LESS**
**IN STARK COUNTY, OHIO**
**OH-ST-045.000-SSE**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Michael O. Schmuki
8144 Stone Avenue SW
Navarre, OH 44662

Frieda Schmuki
8144 Stone Avenue SW
Navarre, OH 44662

Ohio Edison Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Columbia Gas Transmission Corporation
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Belden & Blake, LLC
c/o Capitol Corporate Services, Inc.

4568 Mayfield Road Suite 204
Cleveland, OH 44121

The Ohio Bell Telephone Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

H.S. Belden IV
7555 Freedom Avenue NW
North Canton, OH 44720

Enervest Energy Institutional Fund IX, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund IX-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Anschutz Exploration Corporation
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake AEC Acquisition, LLC
6100 N. Western Avenue
Oklahoma City, OH 73118

Chesapeake Appalachia, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

CGas Properties, L.P.
c/o Capitol Corporate Services, Inc.

4568 Mayfield Road Suite 204
Cleveland, OH 44121

Dover Atwood Corp.
2162 Broad Run Dairy Road NW
Dover, OH 44622-7702

**3.3155 ACRES OF LAND, MORE OR LESS
IN STARK COUNTY, OHIO
OH-ST-046.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Gregory Shetler a/k/a Gregory P.
Shetler
8405 Stone Avenue SW
Navarre, OH 44662

Ohio Edison Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**8.3308 ACRES OF LAND, MORE OR LESS
IN STARK COUNTY, OHIO
OH-ST-048.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Michael O. and Patsy J. Schmuki
8144 Stone Avenue
Navarre, OH 44662

Jerry Moore, Inc.
c/o Michael A. Ogline
1844 W. State Street Ste A
Alliance, OH 44601

MKE Producing, inc.
c/o Michael Sherman
5480 Cable Point Circle NW
Canton, OH 44718

Broad Street Energy Company
c/o Acme Agent, Inc.
41 S. High Street Ste 2800
Columbus, OH 43215

Diversified Oil & Gas, LLC
c/o Robert Hutson
7907 Township Road 103
Millersburg, OH 44654

The Ohio Edison Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Range Resources - Appalachia, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Enervest Energy Institutional Fund
XI-A, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund XI-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

CGas Properties, L. P.
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Equity Oil & Gas Funds, Inc.
c/o Richard Desich
RD 2
Amherst, OH 44001

Belden & Blake, LLC
c/o Capitol Corporate Services, Inc.

4568 Mayfield Road Suite 204
Cleveland, OH 44121

Farm Credit Services of America, FLCA
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**9.4417 ACRES OF LAND, MORE OR LESS
IN STARK COUNTY, OHIO
OH-ST-049.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Thomas W. and Irene L. Kimmins
8101 Alabama Avenue SW
Navarre, OH 44662-9419

Ohio Edison Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

MKE Producing, inc.
c/o Michael Sherman
5480 Cable Point Circle NW
Canton, OH 44718

Belden & Blake, LLC
c/o Capitol Corporate Service
4568 Mayfield Road Ste 204
Cleveland, OH 44121

Jerry Moore, Inc.
c/o Michael A. Ogline
1844 W. State Street Ste A
Alliance, OH 44601

Columbia Gas Transmission, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

RH Hutcheson Trust
c/o Unknown Trustee
1606 Portage Street NW
North Canton, OH 44720

Cordella R. Hutcheson, as successor Trustee
of the Robert H. Hutcheson Revocable Trust

7250 Carmen Dr. NW
North Canton, OH 44720

BoCor Holdings, LLC
c/o Todd J. Suckow
7793 Pittsburg Ave.
North Canton, OH 44720

BoCor Producing
c/o Robert H. Hutcheson
4774 Munson St. NW Ste 402
Canton, OH 44718

Broad Street Energy Company
c/o Acme Agent, Inc.
41 S. High Street Ste 2800
Columbus, OH 43215

Diversified Oil & Gas, LLC
c/o Robert Hutson
7907 Township Rd. 103
Millersburg, OH 44654

**1.7822 ACRES OF LAND, MORE OR LESS**
**IN STARK COUNTY, OHIO**
**OH-ST-050.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Carol A. Stroh, Trustee
of the Carol A. Stroh Trust dated April 8, 2015
18879 Harrison Rd. SW
Navarre, OH 44662

The East Ohio Gas Company
c/o CT Corporation System
1300 E 9th St.
Cleveland, OH 44114

Cordella R. Hutcheson,
Trustee of the Robert H. Hutcheson
Revocable Trust June 28, 2001
7250 Carmen Dr. NW
North Canton, OH 44720

Bakerwell, Inc.
c/o Jeffrey J. A. Baker
10691 White Fir Ln.
Galena, OH 43021

Endeavor Ohio, LLC
c/o Ron Broadway
801 S Main St.
North Canton, OH 44720

**7.6306 ACRES OF LAND, MORE OR LESS**
**IN TUSCARAWAS COUNTY, OHIO**
**OH-TU-001.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
John R. Dutton and Laura M. Dutton, Co-Trustees
of the John R. Dutton & Laura M. Dutton Revocable Trust
dated September 9, 2013
3084 State Route 212 Northeast
Mineral City, OH 44656

The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Dominion East Ohio
c/o The East Ohio Gas Company
1201 E. 55th Street
Cleveland, OH 44103

Dominion Resources, Inc. aka Dominion Natrium Holdings, Inc.
c/o Larry R. Luck
121 College Street
Wadsworth, OH 44281

Blue Racer Midstream, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Marathon Pipe Line LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Petrox, Inc.
c/o Mark G. Depew
10005 Ellsworth Road

Streetsboro, OH 44241

EnerVest Energy Institutional Fund XI-A, L. P.
c/o Capitol Corporate Services, Inc
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

EnerVest Energy Institutional Fund XI-WI, L.P.
c/o Capitol Corporate Services, Inc
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

CGAS Properties, L.P.
c/o Capitol Corporate Services, Inc
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

Range Resources – Appalachia, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Belden & Blake, LLC
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

Total E & P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Dover-Atwood Corporation
c/o John F. Levengood
2180 Broad Run Dairy Road NW
Dover, OH 44622

Dorchester Master Limited Partnership
c/o Scott D. Sheffield
Parker & Parsley Development Company
600 W. Ilinois, Suite 103
Midland, TX 79701

Capital C. Energy Operations, L.P.
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

**5.6239 ACRES OF LAND, MORE OR LESS**
**IN TUSCARAWAS COUNTY, OHIO**
**OH-TU-002.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Doral P McCartney and Wanda D. McCartney
9858 Dawn Road Northeast
Sherrodsville, OH 44675

The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Dominion East Ohio
c/o The East Ohio Gas Company
1201 E. 55th Street
Cleveland, OH 44103

Dominion Resources, Inc. aka Dominion Natrium Holdings, Inc.
c/o Larry R. Luck
121 College Street
Wadsworth, OH 44281

Blue Racer Midstream, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Marathon Pipe Line LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Petrox, Inc.
c/o Mark G. Depew
10005 Ellsworth Road
Streetsboro, OH 44241

EnerVest Energy Institutional Fund XI-A, L. P.
c/o Capitol Corporate Services, Inc
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

EnerVest Energy Institutional Fund XI-WI, L.P.
c/o Capitol Corporate Services, Inc
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

CGAS Properties, L.P.
c/o Capitol Corporate Services, Inc
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

Range Resources – Appalachia, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Belden & Blake, LLC
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

Total E & P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Dover-Atwood Corporation
c/o John F. Levengood
2180 Broad Run Dairy Road NW
Dover, OH 44622

Dorchester Master Limited Partnership
c/o Scott D. Sheffield
Parker & Parsley Development Company
600 W. Ilinois, Suite 103
Midland, Texas 79701

Capital C. Energy Operations, L.P.
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

**2.2536 ACRES OF LAND, MORE OR LESS
IN TUSCARAWAS COUNTY, OHIO
OH-TU-005.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Joan A. and Joseph E. Gerber, Trustees
of the Joseph E. Gerber Family Trust
812 Orchard Street

Lady Lake, FL 32159

Clark B. and June P. Scott, Co-Trustees
under a Declaration of Trust dated 2-4-1999
1420 Cerro Verde Way
Tracy, CA 95376

Joan A. Gerber and Joseph E. Gerber, Individually
812 Orchard Street
Lady Lake, FL 32159

Clark B. Scott and June P. Scott, Individually
1420 Cerro Verde Way
Tracy, CA 95376

The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Dominion Resources, Inc. aka Dominion Natrium Holdings, Inc.
c/o Larry R. Luck
121 College Street
Wadsworth, OH 44281

Blue Racer Midstream, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Wheeling and Lake Erie Railway Company
c/o Alexander C. Jarvis
100 E. First Street
Brewster, OH 44613

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

North East Natural Gas Company
2805 Fulton Drive NW
Canton, OH 44718

Otex, Inc.
2812 Lincoln East
East Canton, OH 44730

Enervest Energy Institutional Fund XI-A, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Ste 204
Cleveland, OH 44121

Enervest Energy Institutional Fund XI-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Ste 204
Cleveland, OH 44121

Enervest Energy Institutional Fund IX, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Ste 204
Cleveland, OH 44121

Enervest Energy Institutional Fund IX-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Ste 204
Cleveland, OH 44121

CGas Properties, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Ste 204
Cleveland, OH 44121

Belden & Blake, LLC
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Ste 204
Cleveland, OH 44121

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Capital C Energy Operation, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Ste 204

Cleveland, OH 44121

**3.5136 ACRES OF LAND, MORE OR LESS**
**IN TUSCARAWAS COUNTY, OHIO**
**OH-TU-006.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
John R. Dutton and Laura M. Dutton, Co-Trustees
of the John R. Dutton & Laura M. Dutton Revocable Trust
dated September 9, 2013
3084 State Route 212 Northeast
Mineral City, Ohio 44656

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Wheeling and Lake Erie Railway Company
c/o Alexander C. Jarvis
100 E. First Street
Brewster, OH 44613

The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Dominion East Ohio
c/o The East Ohio Gas Company
1201 E. 55th Street
Cleveland, OH 44103

Dominion Resources, Inc. aka Dominion Natrium Holdings, Inc.
c/o Larry R. Luck
121 College Street
Wadsworth, OH 44281

Blue Racer Midstream, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Marathon Pipe Line LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Exploration, LLC

c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

EnerVest Energy Institutional Fund XI-A, L. P.
c/o Capitol Corporate Services, Inc
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

EnerVest Energy Institutional Fund XI-WI, L.P.
c/o Capitol Corporate Services, Inc
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

CGAS Properties, L.P.
c/o Capitol Corporate Services, Inc
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

Range Resources – Appalachia, LLC
c/o Corporation Service Company
50 W. Broad Street, Suite 1800
Columbus, OH 43215

Total E & P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Dover-Atwood Corporation
c/o John F. Levengood
2180 Broad Run Dairy Road NW
Dover, OH 44622

Dorchester Master Limited Partnership
c/o Scott D. Sheffield
Parker & Parsley Development Company
600 W. Ilinois, Suite 103
Midland, Texas 79701

Capital C. Energy Operations, L.P.
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

**10.4273 ACRES OF LAND, MORE OR LESS
IN TUSCARAWAS COUNTY, OHIO
OH-TU-007.000**

**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
John Ryan Dutton, Jr., Trustee, or any successor trustee
of the John R. Dutton and Laura M. Dutton
Family Irrevocable Trust dated September 9, 2013
3084 NE State Route 212
Mineral City, OH 44656-8863

The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Marathon Pipe Line, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Range Resources – Appalachia, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Enervest Energy Institutional Fund XI-A, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Enervest Energy Institutional Fund XI-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Enervest Energy Institutional Fund IX, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Enervest Energy Institutional Fund IX-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Enervest Acquisition, LLC
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Enervest Operating, LLC

c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

CGas Properties, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Belden & Blake, LLC
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Capital C. Energy Operations, LP
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Bocor Holdings, LLC
c/o Todd J. Suckow
7793 Pittsburg Avenue
North Canton, OH 44720

O-Tex Pumping, LLC
c/o National Registered Agents, Inc.
1300 E. 9th Street
Cleveland, OH 44114

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

**3.3301 ACRES OF LAND, MORE OR LESS**
**IN TUSCARAWAS COUNTY, OHIO**
**OH-TU-008.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Matthew P. Smith
NE Dawn Road
Carrolton, OH 44615

Tammy S. Smith
NE Dawn Road
Carrolton, OH 44615

Richard A. Romer
NE Dawn Road
Carrolton, OH 44615

Janet B. Romer
NE Dawn Road
Carrolton, OH 44615

Wayne R. Gregory
NE Dawn Road
Carrolton, OH 44615

Georgia M. Gregory
NE Dawn Road
Carrolton, OH 44615

Hartwood Development Company, LTD
c/o Judy Starcher-Dell'Aquila
661 E. Pleasant Valley Road
Seven Hills, OH 44131

The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Range Resources – Appalachia, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Enervest Energy Institutional Fund XI-A, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Ste 204
Cleveland, OH 44121

Enervest Energy Institutional Fund XI-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Ste 204
Cleveland, OH 44121

Enervest Energy Institutional Fund IX, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Ste 204
Cleveland, OH 44121

Enervest Energy Institutional Fund IX-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Ste 204
Cleveland, OH 44121

CGas Properties, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Ste 204
Cleveland, OH 44121

Belden & Blake, LLC
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Ste 204
Cleveland, OH 44121

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Capital C. Energy Operations, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Ste 204
Cleveland, OH 44121

**0.1965 ACRES OF LAND, MORE OR LESS**

**IN TUSCARAWAS COUNTY, OHIO**
**OH-TU-009.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Paul Tackett, Trustee of the Paul Tackett Trust
490 Vandalia Drive
Tallmadge, Ohio 44278

The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Blue Racer Midstream, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Marathon Pipe Line, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

American Electric Power Company, Inc.
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Farm Credit Services of America, FLCA
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

North East Natural Gas Corp.
c/o Marty Whelan
5640 Lancaster Newark Road
Pleasantville, OH 43148

J. L. Henning
Suite 655
Citizens Savings Building
Canton, OH 44702

James F. Allan

2605-2 Williamsburg Lane NW
Canton, OH 44708

Interstate Escrow Corporation
2805 Fulton Drive NW
Canton, OH 44718

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Enervest Energy Institutional Fund IX, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Ste 204
Cleveland, OH 4121

Enervest Energy Institutional Fund IX-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Ste 204
Cleveland, OH 4121

Enervest Energy Institutional Fund IX-A, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Ste 204
Cleveland, OH 4121

Enervest Energy Institutional Fund IX-WI
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Ste 204
Cleveland, OH 4121

CGas Properties, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Ste 204
Cleveland, OH 4121

Belden & Blake, LLC

c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Ste 204
Cleveland, OH 4121

**12.7959 ACRES OF LAND, MORE OR LESS
IN TUSCARAWAS COUNTY, OHIO
OH-TU-010.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Matthew P. Smith
1192 Steubenville Road Southeast
Carrollton, Ohio 44615

Tammy S. Smith
1192 Steubenville Road Southeast
Carrollton, Ohio 44615

Richard A. Romer
1192 Steubenville Road Southeast
Carrollton, Ohio 44615

Janet B. Romer
1192 Steubenville Road Southeast
Carrollton, Ohio 44615

Wayne R. Gregory
1192 Steubenville Road Southeast
Carrollton, Ohio 44615

Georgia M. Gregory
1192 Steubenville Road Southeast
Carrollton, Ohio 44615

The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Dominion Natrium Holdings, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Blue Racer Midstream, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

127

Marathon Pipe Line, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Enervest Energy Institutional Fund IX, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Enervest Energy Institutional Fund IX-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Enervest Energy Institutional Fund XI-A, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Enervest Energy Institutional Fund XI-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

CGas Properties, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Enervest Acquisitions, LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Capital C Energy Operations, LP
c/o Capitol Corporate Services, Inc.

4568 Mayfield Road Ste 204
Cleveland, OH 44121

Belden & Blake, LLC
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Ste 204
Cleveland, OH 44121

James F. Allan
2605-2 Williamsburg Lane NW
Canton, OH 44708

**5.3966 ACRES OF LAND, MORE OR LESS**
**IN TUSCARAWAS COUNTY, OHIO**
**OH-TU-012.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Glenn A. Burky and Naomi A. Burky
4350 Henderson School Road NE
Mineral City, OH 44656

Iva C. Burky and Estate of Glenn A. Burky, Sr., c/o Executor
170 21st Street SE
New Philadelphia, OH 44663

The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Range Resources – Appalachia, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Enervest Energy Institutional Fund XI-A, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Enervest Energy Institutional Fund XI-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Enervest Energy Institutional Fund IX, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Enervest Energy Institutional Fund IX-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

CGas Properties, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Belden & Blake, LLC
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Capital C. Energy Operations, LP
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**3.3977 ACRES OF LAND, MORE OR LESS
IN TUSCARAWAS COUNTY, OHIO
OH-TU-013.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Gerald Kendle, Jr. and Jodi Kendle
5330 Sattler Bottom Rd NE
Mineral City, OH 44656

Buckeye Pipeline Company, LP
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Range Resources – Appalachia, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Marathon Pipe Line, LLC
c/o CT Corporation System
1300 E 9th St.
Cleveland, OH 44114

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 East Ninth St.
Cleveland, OH 44114

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Enervest Energy Institutional Fund XI-A, LP
c/o Capital Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund XI-WI, LP
c/o Capital Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund IX, LP
c/o Capital Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund IX-WI, LP
c/o Capital Corporate Services, Inc.
4568 Mayfield Rd., Suite 204

Cleveland, OH 44121

Cgas properties, LP
c/o Capital Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

Belden & Blake, LLC
c/o Capital Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

Capital C. Energy Operations, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

Total E&P USA, Inc.
c/o CT Corporation System
1300 East Ninth St.
Cleveland, OH 44114

Eagle Realty, Ltd
c/o Timothy S. Belden
612 Market Avenue South
Canton, OH 44702

Wheeling & Lake Erie Railway Company
c/o Alexander C. Jarvis
100 E. First Street
Brewster, OH 44613

**18.7772 ACRES OF LAND, MORE OR LESS
IN TUSCARAWAS COUNTY, OHIO
OH-TU-014.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Gerald L. Kendle and Mary Ann Kendle
4148 Henderson School Road
Mineral City, OH 44656

Buckeye Pipeline Company, LP
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza

132

Columbus, OH 43215

The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Range Resources – Appalachia, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Marathon Pipe Line, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

First National Bank of Dennison
105 Grant Street
Dennison, OH 44621

M.B. Belden
612 Market Avenue S
Canton, OH 44702

MB Oil & Gas, LLC
c/o Marshall B. Belden, JR
612 Market Avenue S
Canton, OH 44702

Enervest Energy Institutional Fund XI-A, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Enervest Energy Institutional Fund XI-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Enervest Energy Institutional Fund IX, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Enervest Energy Institutional Fund IX-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204

Cleveland, OH 44141

Cgas Properties, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Belden & Blake, LLC
c/o Capitol Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 East Ninth St.
Cleveland, OH 44114

CHK Utica, LLC
c/o CT Corporation System
1300 East Ninth St.
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 East Ninth St.
Cleveland, OH 44114

Capital C Energy Operations, LP
c/o CT Corporation System
1300 East Ninth St.
Cleveland, OH 44114

Eagle Realty, LTD
c/o Timothy S. Belden
612 Market Avenue South
Canton, OH 44613

Wheeling & Lake Erie Railway Company
c/o Alexander C. Jarvis
100 E. First Street
Brewster, OH 44613

**0.15197 ACRES OF LAND, MORE OR LESS
IN TUSCARAWAS COUNTY, OHIO
OH-TU-014.000-TAR
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Gerald L. Kendle and Mary Ann Kendle
4148 Henderson School Road

134

Mineral City, OH 44656

Buckeye Pipeline Company, LP
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Range Resources – Appalachia, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Marathon Pipe Line, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

First National Bank of Dennison
105 Grant Street
Dennison, OH 44621

M.B. Belden
612 Market Avenue S
Canton, OH 44702

MB Oil & Gas, LLC
c/o Marshall B. Belden, JR
612 Market Avenue S
Canton, OH 44702

Enervest Energy Institutional Fund XI-A, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Enervest Energy Institutional Fund XI-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204

Cleveland, OH 44141

Enervest Energy Institutional Fund IX, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Enervest Energy Institutional Fund IX-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Cgas Properties, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Belden & Blake, LLC
c/o Capitol Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 East Ninth St.
Cleveland, OH 44114

CHK Utica, LLC
c/o CT Corporation System
1300 East Ninth St.
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 East Ninth St.
Cleveland, OH 44114

Capital C Energy Operations, LP
c/o CT Corporation System
1300 East Ninth St.
Cleveland, OH 44114

Eagle Realty, LTD
c/o Timothy S. Belden
612 Market Avenue South
Canton, OH 44613

Wheeling & Lake Erie Railway Company

c/o Alexander C. Jarvis
100 E. First Street
Brewster, OH 44613

**12.745 ACRES OF LAND, MORE OR LESS**
**IN TUSCARAWAS COUNTY, OHIO**
**OH-TU-015.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Charles C. Phillips, Trustee
of the Charles C. Phillips Living Trust
dated December 20, 2012
6215 Marsh Road NE
Mineral City, OH 44656 USA

Charles J. Phillips
6215 Marsh Road NE
Mineral City, OH 44656 USA

Maricia Phillips Parkinson
6215 Marsh Road NE
Mineral City, OH 44656 USA

David E. Phillips
6215 Marsh Road NE
Mineral City, OH 44656 USA

Range Resources - Appalachia, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

MB Oil & Gas, LLC
c/o Marshall B. Belden, Jr.
612 Market Avenue South
Canton, OH 44702

**1.5138 ACRES OF LAND, MORE OR LESS**
**IN TUSCARAWAS COUNTY, OHIO**
**OH-TU-017.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Richard M. McCarty
5160 Echoglenn NW
North Canton, OH 44720

Randy K. McCarty
5160 Echoglenn NW
North Canton, OH 44720

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Frontier North, Inc.
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

MB Oil & Gas, LLC
c/o Marshall B. Belden, JR
612 Market Avenue S
Canton, OH 44702

MB Private Investors – 1997, Limited Partnership
c/o M.B. Operating Co., Inc.
104 6th Street SW
Canton, OH 44702

Enervest Energy Institutional Fund XI-A, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Enervest Energy Institutional Fund XI-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Enervest Energy Institutional Fund IX, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Enervest Energy Institutional Fund IX-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Cgas Properties, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204

Cleveland, OH 44141

Belden & Blake, LLC
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Capital C. Energy Operations, LP
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**1.71 ACRES OF LAND, MORE OR LESS**
**IN TUSCARAWAS COUNTY, OHIO**
**OH-TU-018.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Richard M. McCarty
6002 New Cumberland Road
Mineral City, Ohio 44656

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Frontier North, Inc.
c/o Corporation Service Company
50 W. Broad Street Suite 1330

Columbus, OH 43215

Randy K. McCarthy
Route 1
Mineral City, OH 44656

MB Oil & Gas, LLC
c/o Marshall B. Belden, JR
612 Market Avenue S
Canton, OH 44702

MB Private Investors – 1997, Limited Partnership
c/o M.B. Operating Co., Inc.
104 6th Street SW
Canton, OH 44702

Enervest Energy Institutional Fund XI-A, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Enervest Energy Institutional Fund XI-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Enervest Energy Institutional Fund IX, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Enervest Energy Institutional Fund IX-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

CGas Properties, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Belden & Blake, LLC
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Chesapeake Exploration, LLC
c/o CT Corporation System

1300 E. 9th Street
Cleveland, OH 44114

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Capital C. Energy Operations, LP
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**0.9465 ACRES OF LAND, MORE OR LESS**
**IN TUSCARAWAS COUNTY, OHIO**
**OH-TU-019.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Richard M. McCarty
5160 Echoglenn NW
North Canton, OH 44720

Randy K. McCarty
5160 Echoglenn NW
North Canton, OH 44720

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Frontier North, Inc.
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

MB Oil & Gas, LLC
c/o Marshall B. Belden, JR
612 Market Avenue S

Canton, OH 44702

MB Private Investors – 1997, Limited Partnership
c/o M.B. Operating Co., Inc.
104 6th Street SW
Canton, OH 44702

Enervest Energy Institutional Fund XI-A, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Enervest Energy Institutional Fund XI-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Enervest Energy Institutional Fund IX, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Enervest Energy Institutional Fund IX-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

CGas Properties, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Belden & Blake, LLC
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44141

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.

c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Capital C. Energy Operations, LP
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**7.5496 ACRES OF LAND, MORE OR LESS**
**IN TUSCARAWAS COUNTY, OHIO**
**OH-TU-025.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Barkheimer Realty LTD
c/o Carl J. Barkheimer
9166 State RT 800
Mineral City, OH 44656

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Northeast Ohio Natural Gas Corp.
P.O. Box 430
Lancaster, OH 43130-0430

Gas Transport, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Buckeye Oil Producing Company
c/o Cheryl L. Becker
544 E. Liberty Street
Wooster, OH 44691

Mutual Oil & Gas Co.
c/o B & MCD, Inc.
388 S. Main Street Suite 500
Akron, OH 44311

George C. Welch, III
3650 So. Yosmite Street
Suite 400
Denver, CO 80237

Samuel W. Cooper
7720 Walnut Street
Omaha, NE 68124

Rosemary Crandall
6368 Rings Road
Dublin, OH 43016

Richard H. Semple
505 Grove Street
Apartment 17
Sewickley, PA 15143

**1.6349 ACRES OF LAND, MORE OR LESS**
**IN TUSCARAWAS COUNTY, OHIO**
**OH-TU-026.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Nevin D. Gerber and Noreen S. Leavers
4888 Leona Avenue
Navarre, Ohio 44662

The Huntington Trust Company, NA,, Trustee
under the Trust of Helen G. Puncheon Smith, Virginia Dreher
Florence E. Puncheon, Helen P. Puncheon Green and Elizabeth Bell
dated January 24, 1977, and amended November 18, 1993
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

The Huntington Trust Company, NA,, Trustee
under the Trust of Helen G. Puncheon Smith, Virginia Dreher
Florence E. Puncheon, Helen P. Puncheon Green and Elizabeth Bell
dated January 24, 1977, and amended November 18, 1993
232 West Third Street
Dover, OH 44622

The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Northeast Ohio Natural Gas Corp.
c/o Marty Whelan

5640 Lancaster Newark Road
Pleasantville, OH 43148

The Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Enervest Energy Institutional Fund XI-A, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund XI-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

CGas Properties, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Dart Oil & Gas-Ohio, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

George C. Welch, III
3650 So. Yosmite Street Suite 400
Denver, CO 80237

Samuel W. Cooper
7720 Walnut Street
Omaha, NE 68124

Richard H. Semple
505 Grove Street
Apartment 17
Sewickley, PA 15143

Buckeye Oil Producing Company
c/o Cheryl L. Becker
544 E. Liberty Street
Wooster, OH 44691

**11.7039 ACRES OF LAND, MORE OR LESS
IN TUSCARAWAS COUNTY, OHIO**

145

**OH-TU-027.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Donald A. and Kathryn S. Pontones Co-Trustees
of the Donald A. and Kathryn S. Pontones Revocable Living Trust
7400 June Road
Waynseburg, Ohio 44688

The Huntington Trust Company, NA,, Trustee
under the Trust of Helen G. Puncheon Smith, Virginia Dreher
Florence E. Puncheon, Helen P. Puncheon Green and Elizabeth Bell
dated January 24, 1977, and amended November 18, 1993
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

The Huntington Trust Company, NA,, Trustee
under the Trust of Helen G. Puncheon Smith, Virginia Dreher
Florence E. Puncheon, Helen P. Puncheon Green and Elizabeth Bell
dated January 24, 1977, and amended November 18, 1993
232 West Third Street
Dover, OH 44622

Christine Pitts as successor trustee
under the Kermit L. James Living Trust
5323 Hilltop Drive NE
Magnolia, OH 44643

The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Blue Racer Midstream, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

M & R Investments Ohio, LLC
c/o National Registered Agents, Inc.
1300 E. 9th Street
Cleveland, OH 44114

The Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Buckeye Oil Producing Co.

c/o Cheryl L. Becker
544 E. Liberty Street
Wooster, OH 44691

Enervest Energy Institutional Fund XI-A, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund XI-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund IX, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Enervest Acquisitions, LLC
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

CGas Properties, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

Belden & Blake, LLC
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204
Cleveland, OH 44121

American Premier Underwriters, Inc.
c/o CT Corporation System
1300 East 9th Street
Cleveland, OH 44114

Marathon Pipeline, LLC
c/o CT Corporation System
1300 East 9th Street
Cleveland, OH 44114

MB Oil & Gas, LLC
c/o Marshall B. Belden, JR
612 Market Avenue S
Canton, OH 44702

Eclipse Resources – Ohio, LLC
c/o CT Corporation System
1300 East 9th Street
Cleveland, OH 44114

Marbel Trust B, Marshall B. Belden, Jr.
and Timothy S. Belden, Co-Trustees
104 6th Street SW
Canton, OH 44702

Marbel Trust B, Marshall B. Belden, Jr.
and Timothy S. Belden, Co-Trustees
3349 Dueber Road NE
Apartment 2
East Sparta, OH 44626

Great Lakes Energy, Inc.
c/o Edmond E. Heartstedt
18 N. Main
Chagrin Falls, OH 44022

Range Resources – Appalachia, LLC
c/o CSC-Lawyers Incorporating Service
50 W. Broad Street Suite 1800
Columbus, OH 43215
Artex Oil Company
c/o Theisen Brock, LPA
424 Second Street
Marietta, OH 45750

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Capitol C. Energy Operations, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Suite 204

Cleveland, OH 44121

**3.4 ACRES OF LAND, MORE OR LESS
IN TUSCARAWAS COUNTY, OHIO
OH-TU-028.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Paul Leslie Rennie, Sr. and Cathy Jean Rennie
9125 German Cemetery Road Northeast
Mineral City, Ohio 44656

The Huntington Trust Company, NA,, Trustee
under the Trust of Helen G. Puncheon Smith, Virginia Dreher
Florence E. Puncheon, Helen P. Puncheon Green and Elizabeth Bell
dated January 24, 1977, and amended November 18, 1993
c/o CT Corporation System
1300 E 9th St.
Cleveland, OH 44114

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E 9th St.
Cleveland, OH 44114

CHK Utica, LLC
c/o CT Corporation System
1300 East Ninth St.
Cleveland, OH 44114

Enervest Energy Institutional Fund XI-A, LP
c/o Capital Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund XI-WI, LP
c/o Capital Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund IX, LP
c/o Capital Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund IX-WI, LP
c/o Capital Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

CGas Properties, LP
c/o Capital Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

CGas Exploration, Inc.
c/o Capital Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

Capital C Energy Operations, LP
c/o Capital Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

Belden & Blake Corporation
c/o Capitol Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

Total E&P USA, Inc.
c/o CT Corporation System
1300 East Ninth St.
Cleveland, OH 44114

Diversified Oil & Gas, LLC
c/o Robert Hutson
7907 Township Road 103
Millersburg, OH 44654

**4.2489 ACRES OF LAND, MORE OR LESS
IN TUSCARAWAS COUNTY, OHIO
OH-TU-029.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
David K. Kennedy
5578 Jennie Brick Road NE
Mineral City, OH 44656

The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Scott T. Lutz
P. O. Drawer O
Shell Knob, MI 65747

Mary R. Lutz

P. O. Drawer O
Shell Knob, MI 65747

Gail H. Haddock
P. O. Drawer O
Shell Knob, MI 65747

Blanche S. Haddock
P. O. Drawer O
Shell Knob, MI 65747

Clarence W. Burton
3131 East Alameda
Denver, CO 80209

Francis L. Burton
3131 East Alameda
Denver, CO 80209

Myrtle O. Williams
3 Norfolk Drive
Wichita, KS 67208

Bert Williams
3 Norfolk Drive
Wichita, KS 67208

C. Glen Jenkins Trust
P.O. Box 2786
Wichita, KS 67201

Ruby M. Jenkins Trust
226 North Brookside
Wichita, KN 67208

Steven D. Gorrell
P.O. Box 2786
Wichita, KN 67201

Beverly J. Gorrell
P.O. Box 2786
Wichita, KN 67201

Myrtyle O. Williams and Carol Johnson, Trustees
of the Myrtle O. Williams Living Trust
3 Norfolk Drive
Wichita, KS 67208

James R. Smail, Inc.
P.O. Box 1157
Wooster, OH 44691

Sierra Buckeye, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Buckeye Oil Producing Co.
c/o Cheryl L. Becker
544 E. Liberty Street
Wooster, OH 44691

**6.3139 ACRES OF LAND, MORE OR LESS**
**IN TUSCARAWAS COUNTY, OHIO**
**OH-TU-030.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Kevin C Lee and Connie L. Lee
11218 Alliance Road Northwest
Magnolia, OH 44643

John H. Plunkett
43 Arch Street
Greenwich, CT 06830

David Holbrook
2 Beekman Place
New York, NY 10022

C. Richard Stafford
757 Fifth Ave.
New York, NY 10022

Charles Hoyt
565 Park Ave.
New York, NY 10021

Svend Hansen, Jr.
Holly Lane
Rye, NY 10580

John J. Rossi
436 Oswego Court
Aurora, CO 80010

Cynthia Clark Brown
43 Arch Street

Greenwich, CT 06830

Lauren W. Ferris and Robert Ferris
Star Route 2
Windsor, VT 05089

Porter Family Trust – 5/23/91, Margaret Vickers Porter, Trustee
5955 East Kenyon Ave.
Denver, CO 80237

Sandra Klausner
73 Corbin Place
Brooklyn, NY 11235

Solomon Klausner
73 Corbin Place
Brooklyn, NY 11235

George Welch, III
3650 So. Yosemite Street, #400
Denver, CO 80237

Buckeye Oil Producing Co.
c/o Cheryl L. Becker
544 E. Liberty St.
Wooster, OH 44691

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44104

Sierra Buckeye, LLC
c/o CT Corporation System
1300 E 9th St.
Cleveland, OH 44114

Singer Oil Co., LLC
545 Metroplace South Suite 100
Dublin, OH 43017

Spartek, Inc.
c/o Kumud Sangal

757 Holborn Rd
Streetsboro, OH 44241

**9.4511 ACRES OF LAND, MORE OR LESS**
**IN TUSCARAWAS COUNTY, OHIO**
**OH-TU-033.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Kevin C Lee and Connie L. Lee
11218 Alliance Road Northwest
Magnolia, OH 44643

Buckeye Oil Producing Co.
c/o Cheryl L. Becker
544 E. Liberty St.
Wooster, OH 44691

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

The East Ohio Gas Company
c/o CT Corporation System
1300 East Ninth St.
Cleveland, OH 44114

Farm Credit Services of America, FLCA
c/o CT Corporation System
1300 E. 9th St.
Cleveland, OH 44114

Sierra Buckeye, LLC
c/o CT Corporation System
1300 E 9th St.
Cleveland, OH 44114

**6.1271 ACRES OF LAND, MORE OR LESS**
**IN TUSCARAWAS COUNTY, OHIO**
**OH-TU-034.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Ruth Mae Linder
229 Pinehurst Drive
Dover, OH 44622

Buckeye Oil Producing Co.
c/o Cheryl L. Becker
544 E. Liberty St.
Wooster, OH 44691

154

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E 9th St.
Cleveland, OH 44114

CHK Utica, LLC
c/o CT Corporation System
1300 East Ninth St.
Cleveland, OH 44114

Enervest Energy Institutional Fund XI-A, LP
c/o Capital Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund XI-WI, LP
c/o Capital Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund IX, LP
c/o Capital Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund IX-WI, LP
c/o Capital Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

CGas Properties, LP
c/o Capital Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

CGas Exploration, Inc.
c/o Capital Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

Capital C Energy Operations, LP
c/o Capital Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

Belden & Blake Corporation
c/o Capitol Corporate Services, Inc.
4568 Mayfield Rd., Suite 204

Cleveland, OH 44121

Total E&P USA, Inc.
c/o CT Corporation System
1300 East Ninth St.
Cleveland, OH 44114

**1.0903 ACRES OF LAND, MORE OR LESS
IN TUSCARAWAS COUNTY, OHIO
OH-TU-037.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Kevin C Lee and Connie L. Lee
11218 Alliance Road Northwest
Magnolia, OH 44643

Frontier North, Inc.
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Range Resources-Appalachia, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Farm Credit Services of America, FLCA
c/o CT Corporation System
1300 E. 9th St.
Cleveland, OH 44114

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E 9th St.
Cleveland, OH 44114

CHK Utica, LLC
c/o CT Corporation System
1300 East Ninth St.
Cleveland, OH 44114

Enervest Energy Institutional Fund XI-A, LP
c/o Capital Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund XI-WI, LP
c/o Capital Corporate Services, Inc.
4568 Mayfield Rd., Suite 204

Cleveland, OH 44121

Enervest Energy Institutional Fund IX, LP
c/o Capital Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund IX-WI, LP
c/o Capital Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

CGas Properties, LP
c/o Capital Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

CGas Exploration, Inc.
c/o Capital Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

Capital C Energy Operations, LP
c/o Capital Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

Belden & Blake Corporation
c/o Capital Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

Total E&P USA, Inc.
c/o CT Corporation System
1300 East Ninth St.
Cleveland, OH 44114

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

**4.9036 ACRES OF LAND, MORE OR LESS**
**IN TUSCARAWAS COUNTY, OHIO**
**OH-TU-039.540**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Eagle Realty, Ltd.
c/o Timothy S. Belden

612 Market Avenue South
Canton, OH 44702

Frontier North, Inc.
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

AT&T Ohio
c/o The Ohio Bell Telephone Company
45 Erieview Plaza Room 1600
Cleveland, OH 44114

United States Ceramic Tile Company
c/o Earl C. Sheehan
220 Market Ave. South, Suite 1140
Canton, OH 44702

Columbia Gas of Ohio, Inc.
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Aspire Energy of Ohio, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th St.
Cleveland, OH 44114

The Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Columbia Gas Transmission LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

EverVest Energy Institutional Fund XI-A, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

EverVest Energy Institutional Fund XI-A, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

CGas Properties, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

AB Resources OH, LLC
c/o Gordon O. Yonel
7000 South Edgerton Road, Suite 102
Brecksville, OH 44141

M&R Investment Ohio, LLC
c/o National Registered Agents, Inc.
1300 E. 9th St.
Cleveland, OH 44114

CHK Utica, LLC
c/o CT Corporation System
1300 E. 9th St.
Cleveland, OH 44114

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th St.
Cleveland, OH 44114

Total E&P USA, Inc.
c/o CT Corporation System
1300 E. 9th St.
Cleveland, OH 44114

**9.6959 ACRES OF LAND, MORE OR LESS**
**IN WAYNE COUNTY, OHIO**
**OH-WA-001.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Carol A. Stroh, Trustee
of the Carol A. Stroh Trust dated April 8, 2015
18879 Harrison Rd. SW
Navarre, OH 44662

Columbia Gas Transmission, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Ohio Edison Company
c/o CT Corporation System
1300 E 9th St.
Cleveland, OH 44114

East Ohio Gas Company
c/o CT Corporation System
1300 E 9th St.
Cleveland, OH 44114

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Belden & Blake Corporation
c/o Capitol Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

Bakerwell, Inc.
c/o Jeffrey J. A. Baker
10691 White Fir Ln.
Galena, OH 43021

Endeavor Ohio, LLC
c/o Ron Broadway
801 S Main St.
North Canton, OH 44720

**9.067 ACRES OF LAND, MORE OR LESS
IN WAYNE COUNTY, OHIO
OH-WA-015.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Kenneth L. Richards, Trustee
of the A. Berdene Richards Irrevocable Trust
dated April 26, 2011
7801 Massillon Rd. SW
Navarre, OH 44662

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

MFC Drilling, Inc.
c/o Brian Chorpenning
605 S Front St., Suite 210

Columbus, OH 43215

Aspire Energy of Ohio, LLC
c/o Corporation Servie Company
50 W Broad Street Suite 1330
Columbus, OH 43215

Ervin Hochstetler
Box 67
Mount Hope, OH 44660

Roman E. Miller
9698 Winesburg Road
Dundee, OH 44624

Jim Aslanides
P.O. Box 715
Coshocton, OH 43812

John S. Miller
2496 Durstine Road
Dundee, OH 44624

**3.866 ACRES OF LAND, MORE OR LESS**
**IN WAYNE COUNTY, OHIO**
**OH-WA-016.510**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Melvin D. and Fannie D. Wengerd
12939 Harrison Road
Apple Creek, OH 44606

Angela J. and Gary Jones
c/o Angela Jones
29805 Old Smyrna Road
Freeport, OH 44793

Aspire Energy of Ohio, LLC
c/o Corporation Servie Company
50 W Broad Street Suite 1330
Columbus, OH 43215

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Carla Elaine Geiser
5542 Eastwind Drive

Sarasota, FL 34233

Rhine Oil Company, LLC
c/o Angela Jones
29805 Old Smyrna Road
Freeport, OH 44793

Red Coach Properties, LLC
c/o Lee S. Walko
75 E. Market Street
Akron, OH 44308

Bakerwell, Inc.
c/o Jeffrey J. A. Baker
10691 White Fir Lane
Galena, OH 43021

Endeavor Ohio, LLC
c/o Ron Broadway
801 S. Main Street
North Canton, OH 44720

HG Energy, LLC
c/o Eric Grayson
4570 Burnett Road
Cutler, OH 45724

**0.4715 ACRES OF LAND, MORE OR LESS
IN WAYNE COUNTY, OHIO
OH-WA-016.530
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Reuben A. and Ruth P. Keim
15002 Dover Road
Dalton, OH 44618

Ivan J. and Esther Mae Yoder
7140 Mount Eaton Road S.
Dalton, OH 44618

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Eclipse Resources – Ohio, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Green Energy, Inc.
c/o Debra J. Falde
4489 Lincoln Way E.
Wooster, OH 44691

AB Resources OH, LLC
c/o Gordon O. Yonel
7000 S. Edgerton Road, Suite 102
Brecksville, OH 44141

M&R Investments Ohio, LLC
c/o National Registered Agents, Inc.
1300 E. 9th Street
Cleveland, OH 44114

Aspire Energy of Ohio, LLC
c/o Corporation Servie Company
50 W Broad Street Suite 1330
Columbus, OH 43215

Amish Helping Fund
c/o Dan Nisley
33844 CR 126
Millersburg, OH 44654

Farmers National Banc Corp.
c/o Kevin J. Helmick
20 S. Broad Street
Canfield, OH 44496

Farmers National Bank of Canfield
20 S. Broad Street
P.O. Box 555
Canfield, OH 44406

Chesapeake Appalachia, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

American Oil and Gas, LLC
1384 Kirby Road
Waynesburg, PA 15370

**6.4715 ACRES OF LAND, MORE OR LESS
IN WAYNE COUNTY, OHIO
OH-WA-018.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**

Lori P. & Raymond L. Troyer
14808 Dover Rd
Dalton, OH  44618

Paul J.  & Esther Miller
14808 Dover Rd
Dalton, OH  44618

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Eclipse Resources – Ohio, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Consumers Gas Cooperative
c/o Tony Kovacevich
289 Tracy Bridge Rd.
Orrville, OH 44714

Reuben A. & Ruth P. Keim
15002 Dover Rd.
Dalton, OH  44618

First National Bank
112 W. Market Street
P.O. Box 57
Orrville, OH 44667

Chesapeake Appalachia, LLC
c/o CT Corporation System
1300 E 9th St.
Cleveland, OH 44114

**8.3422 ACRES OF LAND, MORE OR LESS
IN WAYNE COUNTY, OHIO
OH-WA-027.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Steven M. Yoder and Bena M. Yoder
12303 Dover Rd.
Apple Creek, OH 44606

James S. Yoder and Francis A. Yoder
12303 Dover Rd.
Apple Creek, OH 44606

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Diversified Oil & Gas, LLC
c/o Robert Hutson
7907 Township Rd. 103
Millersburg, OH 44654

Eclipse Resources – Ohio, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Ura Troyer, Jr.
12388 Dover Road
Apple Creek, OH 44606

Eclipse Resources I, LP
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

The Amnish Helping Fund
c/o Dan Nisley
33844 CR 126
Millersburg, OH 44654

**0.1921 ACRES OF LAND, MORE OR LESS
IN WAYNE COUNTY, OHIO
OH-WA-037.000-PAR
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Stuart N. Swinehart and Theresa Lee Swinehart
8420 Bear Hollow Road
Apple Creek, OH 44606

United Telephone Company of Ohio
c/o CT Corporation System
1300 E. 9th Street
Cleveland, Ohio 44114

Stag Petroleum, Inc.
P.O. Box 8035
Wooster, OH 44691

Ponderosa Consulting Services, Inc.
c/o Robert F. Breneman

1040 Buchholtz
Wooster, OH 44691

Green Energy, Inc.
c/o Debra J. Falde
4489 Lincoln Way E.
Wooster, OH 44691

Carl R. Gessell dba Green Energy Company
4489 Lincolnway East
Wooster OH, 44691

Northeast Ohio Natural Gas Corp.
c/o Mary Whelan
5640 Lancaster Newark Road
Pleasantville, OH 43148

Robert F. Breneman
4060-B Millbrook Road
Wooster, OH 44691

**13.7608 ACRES OF LAND, MORE OR LESS
IN WAYNE COUNTY, OHIO
OH-WA-037.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Stuart N. and Theresa Lee Swinehart
8420 Bear Hollow Road
Apple Creek, OH 44606

United Telephone Company of Ohio
c/o CT Corporation System
1300 E. 9th Street
Cleveland, Ohio 44114

Stag Petroleum, Inc.
P.O. Box 8035
Wooster, OH 44691

Ponderosa Consulting Services, Inc.
c/o Robert F. Breneman
1040 Buchholtz
Wooster, OH 44691

Green Energy, Inc.
c/o Debra J. Falde
4489 Lincoln Way E.
Wooster, OH 44691

Carl R. Gessell dba Green Energy Company
4489 Lincolnway East
Wooster OH, 44691

Northeast Ohio Natural Gas Corp.
c/o Mary Whelan
5640 Lancaster Newark Road
Pleasantville, OH 43148

Robert F. Breneman
4060-B Millbrook Road
Wooster, OH 44691

**0.2204 ACRES OF LAND, MORE OR LESS
IN WAYNE COUNTY, OHIO
OH-WA-037.000-SSE
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Stuart N. and Theresa Lee Swinehart
8420 Bear Hollow Road
Apple Creek, OH 44606

United Telephone Company of Ohio
c/o CT Corporation System
1300 E. 9th Street
Cleveland, Ohio 44114

Stag Petroleum, Inc.
P.O. Box 8035
Wooster, OH 44691

Ponderosa Consulting Services, Inc.
c/o Robert F. Breneman
1040 Buchholtz
Wooster, OH 44691

Green Energy, Inc.
c/o Debra J. Falde
4489 Lincoln Way E.
Wooster, OH 44691

Carl R. Gessell dba Green Energy Company
4489 Lincolnway East
Wooster OH, 44691

Northeast Ohio Natural Gas Corp.
c/o Mary Whelan
5640 Lancaster Newark Road
Pleasantville, OH 43148

Robert F. Breneman
4060-B Millbrook Road
Wooster, OH 44691

**4.6923 ACRES OF LAND, MORE OR LESS
IN WAYNE COUNTY, OHIO
OH-WA-038.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Alvin D. and Mary E. Yoder
8077 Buss Rd.
Apple Creek, OH 44606

David J. and Mattie Yoder
8077 Buss Rd.
Apple Creek, OH 44606

The Holmes-Wayne Electric Cooperative Inc.
c/o CC&J Agents, Inc.
138 E Jackson St.
Millersburg, OH 44654

CGas Properties, L.P.
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund
XI-A, L.P.
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund
XI-WI, L.P.
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

Green Energy, Inc.
c/o Debra J. Falde
4489 Lincoln Way E
Wooster, OH 44691

**9.1575 ACRES OF LAND, MORE OR LESS
IN WAYNE COUNTY, OHIO
OH-WA-039.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Norman and Rosalyn Miller

6236 S. Apple Creek Road
Apple Creek, OH 44606

United Telephone Company of Ohio
c/o CT Corporation System
1300 E. 9th Street
Cleveland, Ohio 44114

Enervest Energy Institutional Fund
XI-A, L.P.
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund
XI-WI, L.P.
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

CGas Partners L.P.
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

Knox Energy Cooperative Association, Inc.
c/o Anthony Desiato
41oo Holiday St. N.W., Suite 201
Canton, OH 44718

Amish Helping Fund
c/o Dan Nisley
33844 CR 126
Millersburg, OH 44654

Christ A. Miller and Esther A. Miller
6490 South Apple Creek Road
Apple Creek, OH 44606

Enervest Energy Institutional Fund IX, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund IX-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

Cgas Properties, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

Belden & Blake, LLC
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**4.6917 ACRES OF LAND, MORE OR LESS**
**IN WAYNE COUNTY, OHIO**
**OH-WA-040.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Lynn E. Orr
7625 S. Cutter Road
Fredericksburg, OH 44627

The Holmes-Wayne Electric Cooperative Inc.
c/o CC&J Agents, Inc.
138 E Jackson St.
Millersburg, OH 44654

Chesapeake Appalachia, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Kenneth R. Orr
7097 Buss Road
Apple Creek, OH 44606

**4.6851 ACRES OF LAND, MORE OR LESS**
**IN WAYNE COUNTY, OHIO**
**OH-WA-041.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Roman E. and Barbara E. Hostetler
6957 Buss Rd.
Apple Creek, OH 44606

Farm Credit Services of America, PCA
c/o CT Corporation System
1300 E. 9th Street

Cleveland, OH 44114

The Apple Creek Banking Company
c/o Alfred C. Leist
21 E. Main Street
Apple Creek, OH 44606

Pioneer Resources, Inc.
10760 Main Street
P.O. Box 427
Mantua, OH 44255

Eli Y. Hostetler and Amandea H. Hostetler
6957 Buss Rd.
Apple Creek, OH 44606

**0.3324 ACRES OF LAND, MORE OR LESS**
**IN WAYNE COUNTY, OHIO**
**OH-WA-045.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Aden E. Mast
5236 E. Moreland Road
Fredericksburg, OH 44627

Aden D. Yoder and Martha M. Yoder
5236 E. Moreland Road
Fredericksburg, OH 44627

American Premier Underwriters, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Chesapeake Appalachia, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Enervest Energy Institutional Fund
XI-A, L.P.
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

Enervest Energy Institutional Fund
XI-WI, L.P.
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

CGas Properties, L.P.
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

Jonas M. and Verba Yoder
7668 Harrison Road
Fredericksburg, OH 44627

**4.2624 ACRES OF LAND, MORE OR LESS**
**IN WAYNE COUNTY, OHIO**
**OH-WA-047.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Aden D. Yoder and Martha M.  Yoder
5236 E. Moreland Road
Fredericksburg, OH 44627

Holmes-Wayne Electric Cooperative, Inc.
c/o CC&J Agents, Inc.
138 East Jackson St.
Millersburg, OH 44654

Eli D. Mast
and Lovina Mast
56 Buss Court
Apple Creek, OH 44606

Chesapeake Appalachia LLC
c/o CT Corporation System
1300 E 9th St.
Cleveland, OH 44114

EnerVest Energy Institutional Fund XI-A, L. P.
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

EnerVest Energy Institutional Fund XI-WI, L.P.
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

CGAS Properties, L.P.
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

Range Resources – Appalachia, LLC
c/o Corporation Servie Company
50 W Broad Street Suite 1330
Columbus, OH 43215

**8.9008 ACRES OF LAND, MORE OR LESS
IN WAYNE COUNTY, OHIO
OH-WA-049.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Lynn E. Orr
and Linda L. Orr
7625 Cutter Road
Fredericksburg, OH 44627

**1.4839 ACRES OF LAND, MORE OR LESS
IN WAYNE COUNTY, OHIO
OH-WA-052.500
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Keith A. Speelman
257 W. Moreland Road,
Wooster, Ohio 44691

Adam Joseph Speelman
and Emily Elizabeth Speelman
2257 W. Moreland Road
Wooster, OH 44691

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Holmes-Wayne Electric Cooperative, Inc.
c/o CC&J Agents, Inc.
138 E. Jackson Street
Millersburg, OH 44654

Erie Land & Mineral, Ltd., LLC
c/o JC Morgan, III
2212 Sherck Blvd.
Wooster, OH 44691

**8.1686 ACRES OF LAND, MORE OR LESS**

**IN WAYNE COUNTY, OHIO**
**OH-WA-052.502**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Glenn M. James
and Nellie L. James
2426 Christmas Run Blvd.
Wooster, OH 44691

United Telephone Company of Ohio
c/o CT Corporation System
1300 E 9th St.
Cleveland, OH 44114

Holmes-Wayne Electric Cooperative, Inc.
c/o CC&J Agents, Inc.
138 East Jackson St.
Millersburg, OH 44654

EnerVest Energy Institutional Fund XI-A, L. P.
c/o Capitol Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

EnerVest Energy Institutional Fund XI-WI, L.P.
c/o Capitol Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

CGAS Properties, L.P.
c/o Capitol Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

Chesapeake Appalachia LLC
c/o CT Corporation System
1300 E 9th St.
Cleveland, OH 44114

Range Resources – Appalachia, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

**4.8298 ACRES OF LAND, MORE OR LESS**
**IN WAYNE COUNTY, OHIO**
**OH-WA-052.510**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Gregory L. Sautter

and Dianne L. Sautter
2226 E Messner Rd.
Wooster OH 44691

United Telephone Company of Ohio
c/o CT Corporation System
1300 E 9th St.
Cleveland, OH 44114

Huntington Bancshares, Inc.
c/o CT Corporation System
1399 E. 9th Street
Cleveland, OH 44114

**0.5376 ACRES OF LAND, MORE OR LESS
IN WAYNE COUNTY, OHIO
OH-WA-052.511
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Lloyd Wayne James
3887 McCoy Road,
Wooster, Ohio 44691

MorMack Industries, Inc.
c/o Edward A. Mack, Jr.
P.O. Box 101
Orville, OH 44667

Unknown heirs and assigns of Simon S. Hershberger and Mattie S. Hershberger
Address unknown

Unknown heirs and assigns of Frank L. Galley and Herteline Galley
Address unknown

**9.7371 ACRES OF LAND, MORE OR LESS
IN WAYNE COUNTY, OHIO
OH-WA-052.512
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Gregory
and Peggy Tieche
1738 East Messner Road,
Wooster, Ohio 44691

United Telephone Company of Ohio
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Wayne Operating Company

c/o Jay G. Henthorne, Jr.
3927 Cleveland Road
Wooster, OH 44691

John R. Bernadine, III and Dawn M. Honigman Bernadine
1734 East Messner Road
Wooster, OH 44691

CNB Bank
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**4.9165 ACRES OF LAND, MORE OR LESS
IN WAYNE COUNTY, OHIO
OH-WA-052.514
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Ruth A. Kaplan
5110 Millersburg Road,
Wooster, Ohio 44691

Holmes-Wayne Electric Cooperative, Inc.
c/o CC&J Agents, Inc.
138 East Jackson St.
Millersburg, OH 44654

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Buckeye Pipe Line Company, LP
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Ohio Oil Gathering Corporation IV
c/o CT Corporation System
4400 Easton CMNS #300
Columbus, OH 43219

Wayne Operating Company
c/o Jay G. Henthorne, Jr.
3927 Cleveland Road
Wooster, OH 44691

United Telephone Company of Ohio
c/o CT Corporation System

1300 E 9th St.
Cleveland, OH 44114

Wayne Savings Community Bank
151 North Market Street
Wooster, OH 44691

Eclipse Resources – Ohio, LLC
c/o CT Corporation System1300 E. 9th Street
Cleveland, OH 44114

Diversified Oil & Gas, LLC
c/o Robert Hutson
7907 Township Road 103
Millersburg, OH 44654

M & R Investments Ohio, LLC
c/o National Registered Agents, Inc.
1300 East 9th Street
Cleveland, OH 44114

**7.9888 ACRES OF LAND, MORE OR LESS**
**IN WAYNE COUNTY, OHIO**
**OH-WA-052.516**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Dawson G. Alsdorf
and Judy J. Alsdorf
5053 Millsburg Road
Wooster, OH 44691

Wayne Operating Company
c/o Jay G. Henthorne, Jr.
3927 Cleveland Road
Wooster, OH 44691

Holmes-Wayne Electric Cooperative, Inc.
c/o CC&J Agents, Inc.
138 East Jackson St.
Millersburg, OH 44654

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Eclipse Resources – Ohio, LLC
c/o CT Corporation System
1300 E. 9th Street

Cleveland, OH 44114

Diversified Oil & Gas, LLC
c/o Robert Hutson
7907 Township Road 103
Millersburg, OH 44654

JD Producing, Inc.
c/o James M. Dilyard
454 Woodland Avenue
Wooster, OH 44691

**2.7839 ACRES OF LAND, MORE OR LESS
IN WAYNE COUNTY, OHIO
OH-WA-052.518
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Andrew E. Coblentz
and Christina Coblentz
669 W. Moreland Road
Wooster, OH 44691

Wayne Operating Company
c/o Jay G. Henthorne, Jr.
3927 Cleveland Road
Wooster, OH 44691

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Wayne County National Bank
112 W. Liberty Street
P.O. Box 757
Wooster, OH 44691

JD Producing, Inc.
c/o James M. Dilyard
454 Woodland Avenue
Wooster, OH 44691

**0.6096 ACRES OF LAND, MORE OR LESS
IN WAYNE COUNTY, OHIO
OH-WA-052.522
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Clayton E. Over
and Lisa C. Over
631 Wendy Way

Durham, NC 27712

Wayne Operating Company
c/o Jay G. Henthorne, Jr.
3927 Cleveland Road
Wooster, OH 44691

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

JD Producing, Inc.
c/o James M. Dilyard
454 Woodland Avenue
Wooster, OH 44691

S & S Energy Corp.
c/o Roger H. Scott
1375 Greensburg Road
Uniontown, OH 44685

**0.4009 ACRES OF LAND, MORE OR LESS**
**IN WAYNE COUNTY, OHIO**
**OH-WA-052.523**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
RWM & M Development Corporation
c/o Ralph W. Miller
484 Oakley Road
Wooster, OH 44691

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

**0.05599174 ACRES OF LAND, MORE OR LESS**
**IN WAYNE COUNTY, OHIO**
**OH-WA-052.523-TAR**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
RWM & M Development Corporation
c/o Ralph W. Miller
484 Oakley Road
Wooster, OH 44691

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza

Columbus, OH 43215

**13.8157 ACRES OF LAND, MORE OR LESS
IN WAYNE COUNTY, OHIO
OH-WA-052.526
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Prairie Lane Corporation
c/o Wayne A. Zacour
142 W. Liberty Street
Wooster, OH 44691

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Wooster Aggregates, LLC
c/o James B. Harris
37 W. Broad Street Suite 950
Columbus, OH 43215

**0.00206612 ACRES OF LAND, MORE OR LESS
IN WAYNE COUNTY, OHIO
OH-WA-052.526
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Prairie Lane Corporation
c/o Wayne A. Zacour
142 W. Liberty Street
Wooster, OH 44691

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Wooster Aggregates, LLC
c/o James B. Harris
37 W. Broad Street Suite 950
Columbus, OH 43215

**0.2312 ACRES OF LAND, MORE OR LESS
IN WAYNE COUNTY, OHIO
OH-WA-052.528
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Roger Phillip Smailes, Trustee
of the Roger Phillip Smailes
Revocable Trust, dated 01/10/2013

3870 Batdorf Road
Wooster, OH 44691

CSX Transportation, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

Wayne Savings Community Bank
c/o H. Stewart Fitz Gibbon, III
151 N. Market St.
Wooster, OH 44691

Dave Shafer and Son
Unknown address

**2.3465 ACRES OF LAND, MORE OR LESS**
**IN WAYNE COUNTY, OHIO**
**OH-WA-052.530**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
RRC Investment Group, LLC
c/o CFD Service Company, Inc.
1300 E. 9th Street, 20th Floor
Cleveland, OH 44114

CSX Transportation, Inc.
c/o Corporate Creation Network, Inc.
119 E. Court Street
Cincinnati, OH 45202

Ohio Power Company
c/o David A. Laing
1 Riverside Plaza
Columbus, OH 43215

First-Knox National Bank
c/o First-Knox National
Bank, Division of The
Park National Bank
50 North Third Street
Newark, OH 43055

Dave Shafer and Son

Unknown address

**6.1793 ACRES OF LAND, MORE OR LESS**
**IN WAYNE COUNTY, OHIO**
**OH-WA-052.536**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Roger J. Maurer
2901 Batdorf Road
Wooster, OH 44691

Dercams, LLC
c/o CC&J Agents, Inc.
225 N. Market Street
Wooster, OH 44691

Holmes-Wayne Electric Cooperative, Inc.
c/o CC&J Agents, Inc.
138 East Jackson St.
Millersburg, OH 44654

United Telephone Company of Ohio
c/o CT Corporation System
1300 E 9th St.
Cleveland, OH 44114

EnerVest Energy Institutional Fund XI-A, L. P.
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

EnerVest Energy Institutional Fund XI-WI, L.P.
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

EnerVest Energy Institutional Fund IX, L.P.
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

EnerVest Energy Institutional Fund IX-WI, L.P.
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road, Suite 204

Cleveland, OH 44121

Capital C. Energy Operations, L.P.
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

CGAS Properties, L.P.
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

**3.4119 ACRES OF LAND, MORE OR LESS
IN WAYNE COUNTY, OHIO
OH-WA-052.538
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Roger Dush
and Rita Bauer Dush
4374 Shreve Road
Wooster, OH 44691

Allen Oil LLC
c/o Daniel F. Allen
1840 Burnetts Corner Rd.
Wooster, OH 44691

**1.2731 ACRES OF LAND, MORE OR LESS
IN WAYNE COUNTY, OHIO
OH-WA-068.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Steven P. Starr
and Martha L. Starr
3586 Triway Ln.
Wooster, OH 44691

The East Ohio Gas Company
c/o CT Corporation System
1300 E 9th St.
Cleveland, OH 44114

Holmes-Wayne Electric Cooperative, Inc.
c/o CC&J Agents, Inc.
138 East Jackson St.
Millersburg, OH 44654

Columbia Gas Transmission, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330

Columbus, OH 43215

Kenoil
c/o CC&J Agents, Inc.
225 N. Market St.
Wooster, OH 446910599

Kenoil
7945 Shreve Road
Shreve, OH 44676

PNC Bank, National Association
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

**9.6924 ACRES OF LAND, MORE OR LESS**
**IN WAYNE COUNTY, OHIO**
**OH-WA-073.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
David E. Acker and
Christene L. Acker
4939 Millbroks Road
Wooster, OH 44691

Wayne Operating Company
c/o Jay G. Henthorne, Jr.
3927 Cleveland Road
Wooster, OH 44691

Holmes-Wayne Electric Cooperative, Inc.
c/o CC&J Agents, Inc.
138 East Jackson St.
Millersburg, OH 44654

Kenoil Producing, LLC
c/o CC&J Agents, Inc.
138 East Jackson St.
Millersburg, OH 44654

**0.6231 ACRES OF LAND, MORE OR LESS**
**IN WAYNE COUNTY, OHIO**
**OH-WA-074.530**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Patrick C. and
Karen A. Goebel
4161 Columbus Road
Wooster, OH 44691

Ohio Power Company
c/o Daivd A. Laing
1 Riverside Plaza
Columbus, OH 43215

United Telephone Company of Ohio
c/o CT Corporation System
1300 E 9th St.
Cleveland, OH 44114

Columbia Gas Transmission, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Farmers and Savings Bank,
Division of The Park National Bank
c/o Thomas W. Lee
111 W. Main Street, P.O. Box 38
Spencer, OH 44275

The Park National Bank
dba Farmers and Savings Bank
50 N. Third Street
Newark, OH 43055

**12.1979 ACRES OF LAND, MORE OR LESS
IN WAYNE COUNTY, OHIO
OH-WA-077.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Tate Farms Company, Ltd.
c/o Harold D. Tate
11581 Township Road 516
Shreve, OH 44676

The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Columbia Gas Transmission, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Aspire Energy of Ohio, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330

Columbus, OH 43215

United Telephone Company of Ohio
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Buckeye Supply Company
c/o Statutory Agent Corporation
52 E. Gay Street
Columbus, OH 43215

Kenoil
c/o CC&J Agents, Inc.
225 N. Market Street
Wooster, OH 44691

Wenner Petroleum
6830 S. Yosemite Ct.
Englewood, CO 80112

Holmes-Wayne Electric Cooperative, Inc.
c/o CC&J Agents, Inc.
138 East Jackson Street
Millersburg, OH 44654

EDC Acquisition Corporation
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**5.0201 ACRES OF LAND, MORE OR LESS**
**IN WAYNE COUNTY, OHIO**
**OH-WA-078.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Ted E. Acker
1715 Mechanicsburg Road
Wooster, OH 44691

The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Ohio Oil Gathering Corporation IV
c/o CT Corporation System
1300 E 9th St.

Cleveland, OH 44114

Wayne Operating Company
c/o Jay G. Henthorne, Jr.
3927 Cleveland, Road
Wooster, OH 44691

United Telephone Company of Ohio
c/o CT Corporation System
1300 E 9th St.
Cleveland, OH 44114

Kenoil Producing, Inc.
c/o CC&J Agents, Inc.
225 N. Market St.
Wooster, OH 446910599

Kenoil
R.D. #2 Box 6
Shreve, OH 44676

Jack K. Miller
Address unknown

Mohican Oil & Gas Company
Address unknown

**2.4497 ACRES OF LAND, MORE OR LESS
IN WAYNE COUNTY, OHIO
OH-WA-081.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Max M. and
Deborah L. Acker
3896 Maple Grover Rd.
Wooster, OH 44691

Ohio Edison Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

United Telephone Company of Ohio
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Aspire Energy of Ohio, LLC
c/o Corporation Service Company

50 W. Broad Street Suite 1330
Columbus, OH 43215

Kenoil
c/o CC&J Agents, Inc.
225 N. Market St.
Wooster, OH 44691

PNC Bank, NA
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Chesapeake Exploration, LLC
c/o CT Corporation System
1300 E 9th St.
Cleveland, OH 44114

Columbia Gas Transmission, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

NiSource Energy Ventures, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Belden & Blake, LLC
c/o Capitol Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

**6.8718 ACRES OF LAND, MORE OR LESS
IN WAYNE COUNTY, OHIO
OH-WA-087.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Mark Allen Gifford
and Anita Sue Jorney-Gifford
417 Blessing Avenue
Wooster, OH 44691

Holmes-Wayne Electric Cooperative, Inc.
c/o CC&J Agents, Inc.
138 East Jackson Street
Millersburg, OH 44654

United Telephone Company of Ohio

c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Kenoil, LLC
c/o CC&J Agents, Inc.
225 N. Market Street
Wooster, OH 44691

**2.731 ACRES OF LAND, MORE OR LESS
IN WAYNE COUNTY, OHIO
OH-WA-094.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Dean Chance LLC
9505 W. Smithville-Western Road
Wooster, OH 44691

Holmes-Wayne Electric Cooperative, Inc.
c/o CC&J Agents, Inc.
138 East Jackson Street
Millersburg, OH 44654

United Telephone Company of Ohio
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Ohio Edison Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Rimco Operating, Inc.
c/o Earle R. Frost, Jr.
140 E. Town Street
Columbus, OH 43215

Derby Operating Corporation
c/o Gary Miller
976 Heyl Road
Wooster, OH 44691

**7.7954 ACRES OF LAND, MORE OR LESS
IN WAYNE COUNTY, OHIO
OH-WA-099.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Melvin R. Grindstaff and Carol L. Grindstaff
347 South Reedsburg Rd.

Wooster, OH 44691

Columbia Gas Transmission, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Holmes-Wayne Electric Cooperative, Inc.
c/o CC&J Agents, Inc.
138 East Jackson St.
Millersburg, OH 44654

United Telephone Company of Ohio
c/o CT Corporation System
1300 E 9th St.
Cleveland, OH 44114

Ohio Edison Company
c/o CT Corporation System
1300 E 9th St.
Cleveland, OH 44114


**0.15 ACRES OF LAND, MORE OR LESS**
**IN ASHLAND COUNTY, OHIO**
**OH-AS-051.920**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
The Ashland Railway, Inc.
c/o Brian J. Halligan, Esq.
P.O. Box 455
Ashland, OH 44805

PNC Bank, NA
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

**0.27 ACRES OF LAND, MORE OR LESS**
**IN CARROLL COUNTY, OHIO**
**OH-CA-HL-077.920**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Wheeling & Lake Erie Railway Company
c/o Alexander C. Jarvis
100 E. First St.
Brewster, OH 44613

**0.095 ACRES OF LAND, MORE OR LESS**
**IN CRAWFORD COUNTY, OHIO**

**OH-CR-044.900**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Wheeling & Lake Erie Railway Company
c/o Alexander C. Jarvis
100 E. First St.
Brewster, OH 44613

**0.1592 ACRES OF LAND, MORE OR LESS**
**IN RICHLAND COUNTY, OHIO**
**OH-RI-040.900**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
The Ashland Railway, Inc.
c/o Brian J. Halligan, Esq.
P.O. Box 455
Ashland, OH 44805

United Telephone Company of Ohio
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Ohio Power Company
c/o David A. Laing
I Riverside Plaza
Columbus, OH 43215

**0.1111 ACRES OF LAND, MORE OR LESS**
**IN STARK COUNTY, OHIO**
**OH-ST-018.900**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Wheeling & Lake Erie Railway Company
c/o Alexander C. Jarvis
100 E. First St.
Brewster, OH 44613

Norfolk Southern Railway Company
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Range Resources – Appalachia
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Enervest Energy Institutional Fund XI-A, LP
c/o Capitol Corporate Services, Inc.

4568 Mayfield Road Ste 204
Cleveland, OH 44121

Enervest Energy Institutional Fund XI-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Ste 204
Cleveland, OH 44121

CGas Properties, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Ste 204
Cleveland, OH 44121

**0.0964 ACRES OF LAND, MORE OR LESS
IN STARK COUNTY, OHIO
OH-ST-037.900
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
R. J. Corman Railroad Company/Cleveland Line
c/o Registered Agent Solutions, Inc.
4568 Mayfield Road Ste 204
Cleveland, OH 44121

Central Bank & Trust Co.
300 Kincaid Towers
Lexington, KY 40507

Central Bank & Trust Co.
300 West Vine Street
Lexington, KY 40507

Emanuel Rider
21551 Burbank Blvd., Unit #84
Woodland Hills, CA 91367

Squaw Valley Lake, LLC
c/o Thomas Kiko
2805 Fulton Road NW
Canton, OH 44718

The McBel Trust u/a January 6, 1986
104 Sixth Street SW
Canton, OH 44702

Emery Brumit
R.R. #1 Box 143
Stone Creek, OH 43840

Range Resources – Appalachia, LLC

c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Enervest Energy Institutional Fund XI-A, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Ste 204
Cleveland, OH 44121

Enervest Energy Institutional Fund XI-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Ste 204
Cleveland, OH 44121

CGas Properties, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Road Ste 204
Cleveland, OH 44121

**0.0964 ACRES OF LAND, MORE OR LESS**
**IN STARK COUNTY, OHIO**
**OH-ST-037.910**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Ohio Central Railroad, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Norfolk Southern Railway Company
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Verizon North, Inc.
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

PNC Bank, National Association
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Bank of America Corporation
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

Range Resources – Appalachia, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

Emanuel Rider
21551 Burbank Blvd. Unit 84
Woodland Hills, CA 91367

Emery Brumit
R.R. #1 Box 143
Stone Creek, OH 43840

Florence M. Belden – McBel Trust u/a January 6, 1986
c/o Marshall B. Belden, Jr., Trustee
612 Market Ave. S
Canton, OH 44702

Florence M. Belden – McBel Trust u/a January 6, 1986
c/o Timothy S. Belden, Trustee
3349 Dueber Road NE
East Sparta, OH 44626

Squaw Valley Lake, LLC
c/o Thomas Kiko
2805 Fulton Road NW
Canton, OH 44718

Enervest Energy Institutional Fund XI-A, LP
c/o Capitol Corporate Services, LLC
4568 Mayfield Road Ste. 204
Cleveland, OH 44121

Enervest Energy Institutional Fund XI-WI, LP
c/o Capitol Corporate Services, LLC
4568 Mayfield Road Ste. 204
Cleveland, OH 44121

CGas Properties, LP
c/o Capitol Corporate Services, LLC
4568 Mayfield Road Ste. 204
Cleveland, OH 44121

**0.1412 ACRES OF LAND, MORE OR LESS**
**IN TUSCARAWAS COUNTY, OHIO**
**OH-TU-005.900**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Wheeling and Lake Erie Railway Company

194

c/o Alexander C. Jarvis
100 E. First Street
Brewster, OH 44613

Range Resources - Appalachia, LLC
c/o Corporation Service Company
50 W. Broad Street Suite 1330
Columbus, OH 43215

**0.0831 ACRES OF LAND, MORE OR LESS**
**IN TUSCARAWAS COUNTY, OHIO**
**OH-TU-033.910**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Wheeling & Lake Erie Railway Company
c/o Alexander C. Jarvis
100 E. First Street
Brewster, OH 44613

**5.6769 ACRES OF LAND, MORE OR LESS**
**IN Carroll COUNTY, OHIO**
**OH-CA-001.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Utica East Ohio Midstream
c/o National Corporate Research, LTD
3958-D Brown Park
Hilliard, OH 43026

**8.38 ACRES OF LAND, MORE OR LESS**
**IN Carroll COUNTY, OHIO**
**OH-CA-HL-014.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Cardinal Gas Services, LLC
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**5.08 ACRES OF LAND, MORE OR LESS**
**IN Carroll COUNTY, OHIO**
**OH-CA-HL-058.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Cardinal Gas Services, LLC
C/O CT Corporation System
1300 E. 9th St.
Cleveland, OH 44114

**5.03 ACRES OF LAND, MORE OR LESS**
**IN Carroll COUNTY, OHIO**

**OH-CA-HL-083.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Utica East Ohio Midstream, LLC
C/O National Corporate Research, LTD
3958-D Brown Park
Hilliard, OH 43026

**3.6404 ACRES OF LAND, MORE OR LESS**
**IN Carroll COUNTY, OHIO**
**OH-CA-HL-095.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Sound Energy Company, Inc.
C/O BRUCE LEVENGOOD
3632 SR 800 NE
DOVER,OH 44622

Utica East Ohio Midstream, LLC
C/O National Corporate Research, LTD
3958-D Brown Park
Hilliard, OH 43026

Belden & Blake Corporation
c/o Capitol Corporate Services, Inc.
4568 Mayfield Rd., Suite 204
Cleveland, OH 44121

The East Ohio Gas Company
c/o CT Corporation System
1300 E 9th St.
Cleveland, OH 44114

**4.4283 ACRES OF LAND, MORE OR LESS**
**IN Tuscarawas COUNTY, OHIO**
**OH-TU-016.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th St.
Cleveland, OH 44114

**5.2015 ACRES OF LAND, MORE OR LESS**
**IN Tuscarawas COUNTY, OHIO**
**OH-TU-021.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th St.

Cleveland, OH 44114

EnerVest Energy Institutional Fund XI-A, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Rd, Ste 204
Cleveland, OH 44121

Cgas Property, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Rd, Ste 204
Cleveland, OH 44121

EnerVest Energy Institutional Fund XI-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Rd, Ste 204
Cleveland, OH 44121

**1.8428 ACRES OF LAND, MORE OR LESS
IN Tuscarawas COUNTY, OHIO
OH-TU-028.500
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Buckeye Oil Producing Co.
c/o Cheryl L. Becker
544 E. Liberty St.
Wooster, OH 44691

**1.9884 ACRES OF LAND, MORE OR LESS
IN Wayne COUNTY, OHIO
OH-WA-002.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
The East Ohio Gas Company (non-exclusive)
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**8.1381 ACRES OF LAND, MORE OR LESS
IN Wayne COUNTY, OHIO
OH-WA-033.000
(PIPELINE RIGHT-OF-WAY SERVITUDE)**
The East Ohio Gas Company
c/o CT Corporation System
1300 E. 9th Street
Cleveland, OH 44114

EnerVest Energy Institutional Fund XI-A, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Rd, Ste 204

Cleveland, OH 44121

Cgas Properties, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Rd, Ste 204
Cleveland, OH 44121

EnerVest Energy Institutional Fund XI-WI, LP
c/o Capitol Corporate Services, Inc.
4568 Mayfield Rd, Ste 204
Cleveland, OH 44121

**0.6084 ACRES OF LAND, MORE OR LESS**
**IN Wayne COUNTY, OHIO**
**OH-WA-074.000**
**(PIPELINE RIGHT-OF-WAY SERVITUDE)**
Kenoil Producing, LLC
c/o CC&J Agents, Inc.
225 N. Market Street
Wooster, OH 44691

      Defendants.

---

      Plaintiff Rover Pipeline LLC ("Plaintiff" or "Rover"), by and through counsel, files

this Verified Complaint for Condemnation ("Verified Complaint") pursuant to the Natural

Gas Act ("NGA"), 15 U.S.C. § 717f(h) and Fed. R. Civ. P. 71.1.  Rover seeks an order of

condemnation for the permanent pipeline, temporary work space, surface site, permanent

and temporary road access and other rights-of-way and easements (the "Easements"),

which are described in paragraphs 29-49 of this Complaint and identified, described and

depicted on **Exhibit A** attached hereto and incorporated herein, and for such other legal

and equitable relief as may be appropriate, specifically including injunctive relief allowing

Rover to enter the property to clear the Easements and commence and complete

construction and restoration efforts while the proper amount of compensation for the taking is resolved in this action.

### Jurisdiction, Venue, and Authority for Taking

1.      Rover is the holder of a Certificate of Public Convenience and Necessity ("Certificate") issued on February 2, 2017, by the Federal Energy Regulatory Commission ("FERC"), under Docket Nos. CP15-93-000, CP15-93-001, CP15-94-000 and CP15-96-000, 158 FERC ¶ 61,109, a true and correct copy of which is attached hereto as **Exhibit B** and incorporated herein, to construct, operate, and maintain an interstate natural gas pipeline system consisting of approximately 713 miles of new 24" to 42" diameter natural gas pipelines and appurtenant facilities (510.7 linear miles of pipeline easement and 713 miles of total pipe therein) that include approximately 10 new compressor stations, 17 new meter stations, 77 mainline valves, and 11 pig launcher and receiver facilities, with a total system capacity of up to 3.25 billion cubic feet per day (Bcf/d) of natural gas supply from the Marcellus and Utica Shale producers and traversing through Doddridge, Hancock, Marshal, Tyler and Wetzel Counties in West Virginia; Ashland, Belmont, Carroll, Crawford, Defiance, Fulton, Hancock, Harrison, Henry, Jefferson, Monroe, Noble, Richland, Seneca, Stark, Tuscarawas, Wayne, and Wood Counties in Ohio; Washington County in Pennsylvania and Lenawee, Washtenaw and Livingston Counties in Michigan, through interconnections with existing pipeline infrastructure in Ohio and Michigan to supply interstate natural gas pipelines and storage facilities as well as markets in the Gulf Coast, Midwest, Southeast, East Coast and Canadian regions (the "Rover Project"). The Rover Project represents an approximate $4.2 billion investment of private funds for public infrastructure under the Natural Gas Act.

2.      This is a civil action for the taking of property interests under the power of eminent domain and for the determination and award of just compensation to the Landowners and Other Parties-in-Interest as identified on **Exhibit A**.  The authority for the taking is 15 U.S.C. § 717f(h), which grants federal jurisdiction.  Additionally, jurisdiction exists under 28 U.S.C. §1331, because this action arises under the laws of the United States, and under 28 U.S.C. § 1337, because this action arises under an Act of Congress regulating interstate commerce.

3.      Pursuant to 15 U.S.C. § 717f(h), the compensation demanded or claimed by the owner or owners of each tract to be burdened by the Easements on, over across and, or under each such tract exceeds $3,000.00, as does the amount offered by Rover for such Easements.

4.      Rover has not been able to acquire by contract, and/or is unable to agree as to the amount of compensation to be paid for the Easements by Rover to the owner or owners of the tracts or interests therein that are to be burdened by the Easements.

5.      Venue is proper in this judicial district under 28 U.S.C. § 1391(b)(2) because a substantial part of the properties that are the subject of this action are situated within this judicial district, and it is proper to join all of the Easements identified on **Exhibit A** in this action.

### Parties

6.      Rover is a natural gas company as defined by Section 2(a) of the Natural Gas Act, 15 U.S.C. § 717(a)(6). Rover is a Delaware limited liability company with a principal place of business at 8111 Westchester Drive, Suite 600, Dallas, Texas, 75225.  It

is registered to do business in and is engaged in business in the states of West Virginia, Pennsylvania, Ohio, Michigan and within this federal district.

7.     Rover is a company organized for the purpose, among other things, of transporting natural gas in interstate commerce through pipes and conduits, and is an interstate natural gas company within the meaning of the Natural Gas Act, 15 U.S.C. §§ 717a(6) and (1), and as such, is qualified to construct, own, operate and maintain pipelines for the transmission of natural gas in interstate commerce.

8.     Pursuant to the Certificate, FERC has determined that Rover Project will serve the public convenience and necessity by, among other things, providing the public with a safe and reliable interstate pipeline system for the transportation of domestic supply of natural gas from the Utica and Marcellus shale production areas in Ohio, Pennsylvania, and West Virginia. The Easements sought herein are needed by Rover to survey, construct, lay, maintain, inspect, erect, alter, operate, protect, and repair (among other rights as specified herein) the Rover Project for the transportation of natural gas in interstate commerce and to fulfill the public purposes for which the Certificate was issued.  **Exhibit B**, Certificate at ¶ ¶ 58, 62 and 66 and pp. 2, 102.

9.     The persons and, or entities known or whose names could be ascertained by a reasonably diligent search of the records as owning or claiming any interest in the tract or tracts on, over, across and, or under which the Easements are to be situated as identified, depicted or described on **Exhibit A** (the "Parent Tracts"), are collectively referred to herein as "Defendants."

10.     There may be others who have or may claim some interest in the Parent Tracts, whose names could not be ascertained by a reasonably diligent search of the

records. These persons and/or entities are made parties to this action under the designation of "Unknown Owners" pursuant to Federal Rule of Civil Procedure 71.1(c)(3).

11.     The amount of the property sought for such Easements, as well as the location of all Easements sought to be condemned in this action are within the scope of the Certificate and are necessary for the operation of the Rover Project. A map depicting the Rover Project's overall approved route through West Virginia, Ohio, Pennsylvania and Michigan is attached hereto as **Exhibit C.**

12.     Rover has voluntarily acquired the majority of the Easements necessary for the Rover Project, and has negotiated with the Landowners in an attempt to purchase amicably the Easements on, over, across and under the Parent Tracts and has negotiated with Other Parties-in-Interest to accommodate pre-existing rights within the Easements and, or existing facilities crossed by the Easements, all as necessary to construct, operate and maintain the Rover Project, but has not been able to reach an agreement in this regard. Furthermore, Rover has made written offers to the affected Landowners for the Easements sought to be acquired before instituting this condemnation proceeding, but such offers have been rejected or such affected Landowners have failed to respond, thereby preventing negotiations.

Therefore, it is necessary for Rover to exercise its right of eminent domain under Section 717f(h) of the Natural Gas Act, 15 U.S.C. §717f(h), to acquire the needed Easements for the Rover Project.

**The Rover Project**

13.     The Rover Project will provide daily take-away capacity of 3.25 billion cubic feet (Bcf/day) of natural gas to satisfy the take-away capacity needs of Marcellus and Utica shale gas producer-shippers.

14.     The Rover Project represents an approximate $4.2 billion investment in energy infrastructure in the United States.

15.     Pursuant to the Certificate, Rover must complete the authorized construction of the proposed facilities and make them available for service within by the In-Service Date specified in the Certificate.

16.     Rover has entered into binding Precedent Service Agreements with shippers for long-term firm transportation service for over Ninety-Five Percent (95%) of the 3.25 Bcf/day of the Rover Project's design capacity.

17.     The proposed construction schedule and In-Service Date for the Rover Project are driven by the public need for providing a means of transporting large volumes of stranded natural gas to market.

18.     Rover has entered into binding precedent agreements with multiple shippers for long-term firm transportation service for nearly all of the Rover Project's design capacity. In order to satisfy the requirements of the precedent agreements, Rover must expeditiously commence construction of the line so that the line can be timely placed in service and meet the needs and requirements of its shippers.

19.     The Rover Project is a complex project that involves numerous stakeholders, including gas producers and shippers, landowners, consumers, as well as

203

numerous governmental agencies, including FERC, the U.S. Environmental Protection Agency (EPA), the U.S. Army Corps of Engineers (COE), the U.S. Fish and Wildlife Service (USFWS), the Ohio Environmental Protection Agency (OHEPA), the Ohio Department of Natural Resources (ODNR), the Ohio State Historic Preservation Office (OH SHPO), the West Virginia Department of Environmental Protection (WVDEP), the West Virginia Division of Natural Resources (WVDNR), the West Virginia Division of Culture and History (WV SHPO),  the Pennsylvania Department of Environmental Protection (PADEP), the Pennsylvania Department of Conservation and Natural Resources (PADNR), the Pennsylvania Fish and Boat Commission (PAFBC), the Pennsylvania Game Commission (PAGC), the Pennsylvania Historical and Museum Commission (PA SHPO), the Michigan Department of Environmental Quality (MDEQ), the Michigan Department of Natural Resources (MDNR), and the Michigan State Housing Development Authority (MI SHPO).

20.     Per the Certificate, the construction of the Rover Project must comply with applicable environmental permits, approvals and regulations.  *See* **Exhibit B**, Certificate at ¶ 281(F)(3).

21.     As part of the Certificate issuance process, a Final Environmental Impact Statement ("FEIS") was issued by FERC, which assessed the potential environmental effects of the construction and operation of the Rover Project, and concluded that the Rover Project, when constructed and operated in accordance with applicable laws and regulations, and the mitigating measures discussed in the FEIS and the FERC's recommendations therein, adverse environmental impacts will be reduced to acceptable levels. FEIS findings are enclosed as **Exhibit D** and are incorporated herein.

22.     Per the FEIS and the Certificate, to reduce impacts, if any, on protected species of wildlife, Rover must adhere to the USFWS clearing windows of November 15 to March 31 in West Virginia, and October 1 to March 31 in all other states.  **Exhibit B,** Certificate, App. B., Env. Cond. 25; also **Exhibit D**, FEIS 4 -123, 134.

23.     Rover must complete all tree felling activities for the Project before March 31, 2017, to be able to meet the contractual in-service date that Rover's producers-shippers are counting on in entering into precedent agreements with Rover for shipment of natural gas through the Rover Project, and with applicable regulations and Rover's obligations as set forth in the Certificate.

24.     In order to comply with the environmental no-tree-clearing regulations, while still staying on schedule to complete the Rover Project in time to meet the needs of its shippers and their customers, and comply with its tree-felling contracts Rover must begin tree felling immediately, so that it can complete such tree-felling by no later than March 31, 2017.

25.     The construction schedule for the Rover Project is constricted and involves an enormous logistical effort that will require the careful coordination of multiple crews of approximately 15,000 construction workers performing various stages of work sequentially in an assembly-like fashion along the construction corridor of 713 miles at a rate (distance per day) that is affected by topography, road and stream crossing and other factors.

26.     To meet all of its shippers' needs and those of its shippers' customers, while at the same time complying with applicable regulations and Rover's obligations as set forth in the Certificate, Rover must begin construction immediately.

27.     Timing is of the essence, and maintaining the project schedule is critical, as a delay in construction of the Rover Project would likely prevent Rover from meeting the needs and requirements of its shippers while at the same time complying with its FERC obligations under the Certificate.

**Count One: Condemnation of Property Interests to Be Acquired and Property Use**

28.     The interests to be acquired by Rover are non-exclusive fifty feet (50') (for single line) and sixty feet (60') (for dual lines) wide permanent pipeline rights-of-way and easements (the "Permanent Pipeline Easements") as same are identified, described and depicted on **Exhibit A** hereto, to survey, construct, lay, maintain, inspect, erect, alter, operate, protect, repair, replace with same or lesser size pipe, remove and, or abandon in place one or two pipeline or pipelines in the fifty feet (50') wide or alternatively sixty foot (60') wide permanent easements more fully identified, described and depicted on **Exhibit A** hereto, said pipeline or pipelines being not to exceed 42 inches in nominal diameter (the "Pipeline or "Pipelines"), as set forth on **Exhibit A**, and located within such Permanent Pipeline Easements, together with such below ground valves (unless a surface site easement is sought,  in which case, Rover seeks to have the right to place both the valve and related equipment above ground), and below ground fittings, above ground corrosion control devices, and below ground wires, cables, and other equipment and appurtenances, and above ground cathodic protection test leads and pipeline markers, as may be necessary or convenient for construction, operation and maintenance of the Pipeline or Pipelines (collectively, the "Facilities") under, upon, across, and through the Parent Tracts as identified, described and depicted on **Exhibit A.**

29.     Rover also seeks to condemn non-exclusive temporary workspaces and additional temporary workspaces identified, described and depicted on **Exhibit A** hereto

(collectively, the "Temporary Workspace Easements").  Each of the foregoing Temporary Workspace Easements shall be used by Rover solely for the initial construction of the Pipeline or Pipelines in the Permanent Pipeline Easements and for the restoration and remediation of the land after initial construction and shall expire upon completion of the initial construction and restoration and remediation or upon the expiration of twenty-four months from the commencement of construction in the county, in which the Temporary Workspace Easement at issue is located, whichever occurs first. Thereafter, all of Rover's privileges and rights on or to use of the Temporary Workspace Easements shall terminate.

30.     Rover also seeks to condemn exclusive permanent surface easements (collectively, the "Surface Site Easements") to be used solely for the Pipeline or Pipelines for the purpose of constructing, maintaining, operating, removing, changing the size of, relocating, replacing, protecting and repairing both surface and subsurface pipelines, pumps, launching-receiving equipment, flares, communication equipment, generators, dehydrators, separators, valves, risers, electrical equipment (including but not limited to MCC Buildings/transformers/substations) electrical lines, wires, cables, meters, meter houses, meter runs, buildings and any and all other devices, equipment and structures incident or necessary to the regulation, control, measurement, treatment, transportation and distribution of natural gas, as identified, described and depicted on **Exhibit A** hereto, together with the right to enclose said easements by fences and the further right, at the expiration of the use of said easements for one or more of such purposes, to retain possession and control of said property for a reasonable period of time thereafter within which to remove said pipelines and all other properties of whatever character or description placed or constructed by Rover upon said easements.  Rover shall have no right to place

any compressors on the Surface Site Easements. Rover, at its option, shall erect and maintain around, but within the easement for the Surface Site Easements, a wooden or chain link fence, trees, or shrubbery and flowers.

31.     Rover also seeks to condemn non-exclusive (1) permanent road access easements ("Permanent Road Access Easements"), and (2) during the initial construction of the Pipeline or Pipelines only, temporary road access easements ("Temporary Road Access Easements"), to be used by Rover solely for the purpose of ingress and egress to and from public roads and other easements to which Rover has the right of access to and from the Permanent Pipeline Easements, the Temporary Workspace Easements and the Surface Site Easements.  The Temporary Access Easements shall expire upon completion of the initial construction and restoration or the expiration of twenty-four months from the commencement of construction in the county in which the Temporary Road Access Easement as issue is located, whichever occurs first.  Rover shall not prevent the owner of the lands burdened with the Permanent Road Access Easements and, or the Temporary Road Access Easements from utilizing the roadways within such Easements.  With respect to the Temporary Road Access Easements, Rover will, prior to termination of same, restore the roadways located within such easements to the same or better condition that existed immediately prior to Rover's use thereof, to the extent reasonably practicable.  With respect to the Temporary Road Access Easements (while same are in effect) and the Permanent Road Access Easements, Rover shall have the right to use, repair, improve and, or maintain any existing roads located therein and, or to construct, use, repair, improve, place and, or maintain thereon new roadways and, within the Permanent Road Access Easements, construct, install, maintain and replace poles, wires and cables as are necessary to provide

electricity and, or communication capabilities to the Pipeline or Pipelines and valves and, or other facilities located on the Surface Site Easements, and Rover shall maintain and upkeep to a reasonable state of repair any roads currently situated on or constructed on the Permanent Road Access Easements.

32.     In no event is Rover seeking to condemn any rights not authorized by FERC to be condemned by Rover as reflected in the Certificate. In certain instances, plats included as part of **Exhibit A** may describe more lands within easements depicted thereon then Rover is authorized to condemn.  In those instances, the typed description in **Exhibit A** for any such tracts depicted on such plats expressly limits the easements sought to be condemned to those authorized by FERC to be condemned by Rover.

33.     The right to use the Easements shall belong to Rover and its agents, employees, designees, contractors, guests, invitees, successors and assigns, and all those acting by or on behalf of it for the above stated purposes.  Rover seeks the right of ingress and egress over, across and through the Permanent Pipeline Easements, the Temporary Workspace Easements (while they remain in effect), the Surface Site Easements, the Temporary Road Access Easements (while they remain in effect), and the Permanent Road Access Easements, and to access same from other rights-of-way or easements and roads, to which Rover has the right of access, for the above stated purposes and for all other purposes necessary and at all times convenient and necessary to exercise the rights granted by the Certificate as applied and enforced by this Court.

34.     No pipeline or permanent facility of any kind or character shall be constructed by Rover on the Temporary Work Space Easements or the Temporary Road Access Easements.

35.     Pursuant to the Easements sought herein, Rover shall have the right to construct, maintain and change slopes of cuts and fills to ensure proper lateral and subjacent support and for drainage for the Facilities, and shall have the right to remove trees, brush, crops and other vegetation and obstructions from the Permanent Pipeline Easements and Temporary Workspace Easements (while they remain in effect).

36.     Pursuant to the Easements sought herein, Rover shall have the right to install, maintain and use gates in all fences which now cross or may cross the Permanent Pipeline Easements or which provide access to the Parent Tracts where the Easements intersect same; and Rover shall have the right to install its own lock, if Rover so chooses, and Rover and the owners of the Parent Tracts shall have access (i.e., interlocking locks) through such gates. Rover and its designated contractors, employees and invitees shall keep all gates in fences closed at all times, except when passing through same, so that cattle, horses and/or other livestock located on the Parent Tracts cannot stray from fenced pastures. Rover shall have no right to fence or enclose the Permanent Pipeline Easements, but shall have the right to fence all the Surface Site Easements.  Rover shall, during the initial construction operations, maintain suitable crossings on, over, and across the Permanent Pipeline Easements

37.     If any of the lands within the Easements are subject to valid and subsisting oil and gas leases, coal leases, surface leases, pipeline easements or easements for other purposes, Rover's Easement rights acquired hereunder from and against the owners of such leases and or, easements, are (i) acquired only to extent necessary to carry out the rights granted to Rover under the Easements sought, and (ii) to be exercised by Rover so as to not unreasonably interfere with existing rights of such owners, provided, however, that

Rover shall be entitled in all events to use the Easements to carry out the purposes approved by the FERC in the Certificate.  Rover has named such owners to the extent they claim some interest in the lands burdened by the Easements sought by Rover. Defendants who own any interest in a valid and existing lease and, or easement may use lands lying within the Permanent Pipeline Easements and Permanent Road Access Easements for the uses authorized under the applicable lease and, or easement, provided such uses do not destroy or unreasonably interfere with Rover's permitted uses.   As to all remaining Defendants, such Defendants (i) may use lands lying within the Permanent Pipeline Easements and Permanent Road Access Easements for all purposes which do not destroy or interfere with Rover' permitted uses of same, including, without limitation, agricultural, open space, setback, density, street, utility and roadway purposes, (ii) after review and approval by Rover which will not be unreasonably withheld, may construct and install any and all streets and roadways, at any angle of not less than forty-five degrees (45°) to Rover's Facilities, across the Permanent Pipeline Easements which do not interfere with, damage, destroy or alter the operation of the Facilities, (iii) may construct and/or install water, sewer, gas, electric, cable TV, telephone or other utility lines across the Permanent Pipeline Easements at any angle of not less than forty-five degrees (45°) to Rover's Facilities, across the Permanent Pipeline Easements which do not interfere with, damage, destroy or alter the operation of the Facilities, and provided that all of Rover's required and applicable spacings, including depth separation limits and other protective requirements are met, and (iv) may construct and/or install water, sewer, gas, electric, cable TV, telephone or other utility lines across the Permanent Road Access Easements so long as such construction,

installation and maintenance of same does not unreasonably interfere with Rover's use of same, or damage or destroy the roads located within such easements.

38.     The use of the lands within the Easements shall be regulated by all appropriate and then applicable ordinances, regulations, resolutions or laws of any governmental entity having authority over same.  Defendants must notify Rover in writing before the construction or installation of any streets, roadways, utilities or other encroachments on the Permanent Pipeline Easements and, or the Permanent Road Access Easements.

39.     Defendants may not use any part of the Permanent Pipeline Easements and, or the Permanent Road Access Easements if such use may damage, destroy, injure, and/or interfere with the Rover's use of same for the permitted uses hereunder. Defendants, except for those Defendants who have rights to do so under valid and subsisting leases and, or easements, are not permitted to conduct any of the following activities on the Permanent Pipeline Easements and, or the Permanent Road Access Easements without the prior written permission from Rover: (i) construct any temporary or permanent building or site improvements, other than streets and roads as provided above; (ii) drill or operate any well; (iii) remove soil or change the grade or slope; (iv) impound surface water; or (v) plant trees or landscaping.  Notwithstanding anything herein to the contrary, no above or below ground obstruction that may destroy or materially interfere with Rover's permitted uses shall be placed, erected, installed or permitted within or upon the Permanent Pipeline Easements and, or the Permanent Road Access Easements without the prior written permission of Rover.  In the event the terms of this paragraph are violated, Rover shall

have the immediate right to correct or eliminate such violation at the sole expense of Defendants.

40.     Rover has the right from time to time on the Permanent Pipeline Easements, Surface Site Easements, and, or the Permanent Road Access Easements to trim, cut down or eliminate trees or shrubbery as may be necessary to prevent possible interference with the operation of the Facilities and to remove possible hazards thereto, and, except as provided in paragraphs 38 and 40, the right to remove or prevent the construction of any and all buildings, structures, reservoirs or other obstructions on the Permanent Pipeline Easements and, or the Permanent Road Access Easements that, in the sole judgment of Rover, may endanger or interfere with the efficiency, safety, or convenient operation of the Facilities. From and after the completion of initial construction, Rover shall pay any damages that may arise to growing crops, timber, fences and other improvements from the construction, maintenance and operation of the Facilities, provided that Rover shall not be responsible for paying damages for its removal of any trees or brush (but not growing crops) or other obstructions from the Permanent Pipeline Easements or for its removal of any trees or brush or other obstructions from the Permanent Road Access Easements as part of its routine operations to maintain thereof free from obstructions.  Rover shall maintain the Permanent Pipeline Easements, Surface Site Easements and, or the Permanent Road Access Easements, and the Temporary Workspace Easements (while same remain in effect) and Temporary Road Access Easements (while same remain in effect) clear of all litter and trash accumulations.

41.     Rover does not seek to acquire any royalty, working, revenue, overriding, or other oil, gas, or mineral interests.  Defendants shall, to the extent owned by Defendants,

213

retain all the oil, gas, and other minerals in, on and under the Parent Tracts, including within the Easements; provided, however, Defendants shall not be permitted to drill or operate equipment for the production or development of oil, gas, and minerals within or on the Permanent Pipeline Easements, Surface Site Easements and, or the Permanent Road Access Easements, but Defendants shall be permitted to extract the oil, gas and minerals from and under same by directional drilling and other means, so long as such activities do not damage, destroy, injure, and/or interfere with the Rover's use, operation and maintenance of the Facilities or Rover's use of said easements for the purposes for which same are sought by Rover.

42.     Upon completion of construction, permanent fencing and tiling destroyed or disturbed by project construction activities shall be repaired and, or re-installed by Rover, at its sole expense, along substantially the same alignment, configuration and approximate location of the Defendants' existing fences and tiling system.

43.     Rover agrees that it will fully and timely comply with all Federal laws, regulations, certificates, plans and procedures as approved by a Federal agency or any other Federal rules that apply to construction and operation of the Pipeline or Pipelines.

44.     Rover shall have the right to adequately mark the Pipeline or Pipelines with permanent line markers, ground placards and test leads in order to promote public safety and the future safe operation of said pipeline, and to meet applicable governmental regulations.

45.     Notwithstanding anything to the contrary herein, Rover (except for facilities on Surface Site Easements, electric poles on Permanent Road Access Easements and pipeline markers and cathodic test leads on Permanent Pipeline Easements, which will be

placed within the Permanent Pipeline Easements at road crossings, property boundaries or existing fence lines intersected by the Pipeline or Pipelines, unless required by applicable regulations to be placed at other locations within the Permanent Pipeline Easements, and pipeline vents which will be placed within the Permanent Pipeline Easements at road crossings, where required), will not construct, build, install, maintain or have any above ground structures, installations, equipment or apparatus of any kind on or within the boundaries of the Permanent Pipeline Easements or Permanent Road Access Easements (except for power poles and lines and communication cables and facilities).

46.     Rover hereby agrees to indemnify and hold Defendants harmless from and against any claim or liability or loss from personal injury, property damage resulting from or arising out of the use by Rover, its contractors, servants, agents or invitees, of the Easements, excepting, however, any and all claims, liabilities or damages as may be due to or caused by the acts of a Defendant, or his, her or its servants, agents or invitees.

47.     Rover shall comply in all respects, at its sole cost, with all applicable federal, state, and local laws, rules, and regulations which are applicable to Rover's activities hereunder, including, without limitation, the construction, use, operation, maintenance, repair and service of the Facilities.

48.     Rover shall have the right to assign its Easements to the extent allowed by applicable law, and the rights granted hereunder while in effect, may be assigned in whole or in part, to one or more assignees. The Permanent Easements sought hereunder shall be in perpetuity, and the easement provisions of this Verified Complaint, including all benefits and burdens, shall be covenants running with the land and shall be binding on Rover and Defendants and their respective successors and assigns.

49.     It is in the public interest and necessity, as evidenced by the Certificate, that the Easements as certificated by FERC and described herein and in **Exhibit A** be condemned for the public purposes herein described.

50.     The intended uses of the Easements to be taken are within the authority conferred by the Certificate.

51.     Pursuant to Fed. R. Civ. P. 65(c), Rover will deposit into the Court's registry the amount required by the Court to secure Defendants compensation that will ultimately be awarded for the Easements sought, and subject to the withdrawal by Defendants on terms specified by this Court.

## Count Two: Declaratory Relief

52.     Rover incorporates by reference paragraphs 1 through 52.

53.     Rover requests the Court to declare, pursuant to 28 U.S.C. § 2201, and the Certificate issued by FERC, pursuant to the Natural Gas Act, that Rover has the substantive right to exercise eminent domain over and condemn the Easements as outlined in this Verified Complaint and in the Certificate.

## Count Three: Injunctive Relief

54.     Rover incorporates by reference paragraphs 1 through 54.

55.     Rover seeks an order granting it immediate entry upon the Easements identified herein.

56.     Immediate access and entry is necessary so that Rover can timely place the Rover Project in service to meet the needs of Rover's shippers and their customers, while at the same time complying with the applicable regulations and Rover's obligations set forth in the Certificate.

57. Rover will, upon Court order, post an appropriate bond reflective of the total estimate of just compensation due to Defendants for the acquisition of the Easements. As a result, Defendants will not be harmed in any way.

58. Rover has the right to condemn the Easements pursuant to the Certificate issued pursuant to the Natural Gas Act and, therefore, Rover is substantially likely to prevail on the merits of the taking.

59. The Certificate establishes that the Rover Project and acquisition of the Easements is in the public interest.

60. Accordingly, Rover requests the Court to enter an order granting injunctive relief to permit Rover the right of immediate entry and access upon the Easements to commence and complete construction of the Rover Project.

### Civil Rule 71.1(d) Notices

61. Pursuant to Fed. R. Civ. P. 71.1(d)(1), Rover is hereby delivering to the clerk the requisite notices to the Defendants named herein, as identified in **Exhibit A**.

WHEREFORE, Rover respectfully prays that this Honorable Court:

a. Deem the Notice submitted herewith pursuant to Federal Rule of Civil Procedure 71.1(d) to be good and sufficient;

b. Order that said Notice be served on the Defendants in a manner set forth by Federal Rule of Civil Procedure 71.1(d)(3);

c. Recognize and declare Rover's right to appropriate, through eminent domain, the Easements;

217

d.      Enter an order granting Rover immediate entry onto the Easements identified and described herein prior to the determination of just compensation upon the posting of security required by the Court to begin pre-construction activities and construction of the Facilities while the issue of just compensation for the taking is resolved in this Court;

e.      Appoint a commission for the determination of just compensation on the takings pursuant to Fed. R. Civ. P. 71.1(h)(2);

f.      Enter judgment and order(s) of taking in favor of Rover condemning the Easements identified and described herein; and

g.      Issue all necessary and/or appropriate orders and decrees, and for all other general, equitable and legal relief as the Court deems just and proper.

Respectfully submitted this 7th day of February, 2017.

Respectfully submitted,

/s/ *Gregory D. Brunton*
Gregory D. Brunton  (0061722) (Trial Attorney)
Daniel J. Hyzak       (0091298)
Bruce A. Moore        (0093334)
**REMINGER CO., L.P.A.**
200 Civic Center Drive, Suite 800
Columbus, Ohio  43215
Tel:  (614) 228-1311
Fax:  (614) 232-2410
Email: gbrunton@reminger.com
Email: dhyzak@reminger.com
Email: bmoore@reminger.com
*Counsel for Rover Pipeline LLC*

## VERIFICATION

STATE OF TEXAS         :
                            :    SS

COUNTY OF HARRIS  :

I, Joey Mahmoud, after being duly sworn, depose and state:

1. I am the Executive Vice-President of Engineering and Construction for Energy Transfer Partners and Senior Vice President of Engineering for Rover Pipeline LLC on the Rover Project.

2. I am the person responsible for supervising Rover's efforts to acquire the Easements and other interests needed for the Rover Project and overseeing overall construction of the Rover Project.

3. I am authorized and qualified to make this verification on behalf of Rover based on my personal knowledge of the factual matters set forth in the above Verified Complaint.

4. I have read the foregoing Verified Complaint and am familiar with its contents.

5. The statements of fact contained in the Verified Complaint are within my personal knowledge and are true and accurate.

By: _____
Joey Mahmoud

Sworn to and subscribed before me this  3rd day of February, 2017.

_____
Notary Public in and for the State of Texas

> LENNICE DAWSON
> My Notary ID # 124912559
> Expires January 11, 2020

29